Burgundy Chaffen
**Name and Address**
425-24th Street
Richmond, CA 94804-1736

**FILED**

JUL - 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Burgundy Chaffen

**C V   10   2918**
Case No. _____

**Plaintiff / Petitioner**

VS.

aaa tech support
Huey mach

**Defendant / Respondent**

**Document Name:**

EMC

Doctors/cyber Serial Killers

I am requesting for
a notice of Removal.
I am under a cyber attack
by Gnome brain stem
Hackers whom use solar
energy to scan and kill them
By chip inserting into my
uterus, as 8 years ago
a Richmond Health services.
They tried to act as though I flee.



Jonah austin Dispicable
martranaga plushclub con me IDs.

illuminanties illumination
illuminanties cartoon
bloodlines movie
mental control. series.
as scientist 3-D series
a evil and something with exe
mad. spy.

http://w wwwabbr watchman
.com page 25 mass /illuminanties
mindcontol and one
of thier mind control
Braintlack sites
for actual human
subjects lives. geracite
path

gnome musical headquarters laboratory at ...          http://www.google.com/search?hl=en&q=...

Web  Images Videos Maps News Shopping Gmail more ▼          Web History | Search settings | Sign in

 **Go**u**gle**          gnome  musical headquarters    Search

About 42,000 results (0.27 seconds)          Advanced search

**Everything**

More

### Urban Art - Davis Wiki
May 12, 2009 ... Protest poster for the war in Lebanon and **music** show. ... John and
Bob can also be found twice on the **DHS** campus, although one stencil has been ....
Between **Richmond** and Emeryville you will see tons of nice stuff. ... 2007-05-24
21:34:04 There is a cool stencil of a Garden **gnome** throwing a molotov ...
daviswiki.org/Urban_Art - Cached - Similar

### Another Open Letter to President Barack Obama regarding the U.S. ...
I hope my posting shed more light to the real problem existing at **DHS** and your ..... in
the 1990s, Miguel UNZUETA who was assigned to Customs' **headquarters**, .... moins
extraites du club de football de **Richmond**, permettra une nouvelle ère .... judges +
earlier, multitasked objects **gnome** though compton scattering,. ...
narcosphere.narconews.com/.../another-open-letter-president-barack-obama-regarding-
us-department - Cached - Similar

#### **DHS**-ICE: Abuse of Power at the Office - All Notebook Entries | the ...
... moins extraites du club de football de **Richmond**, permettra une nouvelle ère ......
nicknamed (standby this **gnome** peers distinguishing itself desire), ...
narcosphere.narconews.com/.../**dhs**-ice-abuse-power-office-professional-responsibility
- Cached - Similar

Show more results from narcosphere.narconews.com

### describe monophonic and polyphonic **music** styles - http ...
absolute art **richmond** va · harryfox.com · aotomobile ipod docking station .... describe
**department of homeland security**. describe camcorder lens angles. describe protocols
... describe a consumer product **lab**. words that describe a person ... freebsd **gnome** ·
bcbonline.com · characteristic polynomial calculator ...
commonpeople.sg/ukpfy/dsyfif.php?ep=594135 - 23 hours ago

◌⟍ Get more results from the past 24 hours

### September 2009 |
Sep 15, 2009 ... Shirm, who owns a small, independent horrorcore **music** label Serial
Killin Records ... The **lab** doesn't have a clue what's coming toward them. ... Associated
Press writers Michael Felberbaum in **Richmond**, Allen Breen in .... including a strident
CIA **gnome** named Sato, who heads the Office of Security, ...
www.wallpaperweber.com/archive/200909?page=2 - Cached

### Boycotting Fox News Advertisers | The LA Progressive
Roche **Laboratories** Inc. 340 Kingsland Street Nutley, New Jersey 07110 ... **Richmond**
VA 23285 investor.relations@capitalone.com .... Florida Department of Citrus
**Headquarters** P.O. Box 148 ..... An Old **Gnome** says: August 15, 2009 at 10:08 am ....
Seth Hoy: Although Secretary Napolitano trumpeted **DHS's** new border ...
www.laprogressive.com › The Media - Similar

### brass mug tampa - Bienvenido. . . Willkommen bei. . . Wellcome. . .
**gnome** mug. aladdin coffe mug. aladdin 12 oz thermal travel mug .... aperture
**laboratories** coffee mug. green talking mug. **musical** playing christmas mug. the mug.
elvis nixon mug ... **dhs** coffee mug. gsi mug. turandot coffee mug. freeze mug. spa girl
mug .... **richmond** lensing mug shot in tx. shaving mug 13 star shield ...
venezuelaventura.com/lpeyl/kmhfo.php?zi=315888 - 5 hours ago

### random.words - UNSW: The University of New South Wales - Sydney ...
... b cab taxicab scab dab prefab gab Kochab jab **lab** blab slab nab Arab crab ...
extrinsic Triassic classic neoclassic Jurassic **music** physic psychophysic tic .... keeshond
blond diamond Redmond **Richmond** almond Hammond Drummond Desmond .... home

# Chapter 6

# Remembrance of Things Past

In seeking to understand the mind of man, philosopher John Locke compared it to "white paper, void of all characters, without any ideas." How then, he wondered, "comes it to be furnished? Whence comes it by that vast store, which the busy and boundless fancy of man has painted on it with an almost endless variety? . . . To this I answer in one word . . . experience." Memory is man's record of experience. The ability to remember is essential to human individuality, tying a person's past to his present and creating a continuing sense of identity.

But as the White Queen said to Alice in Lewis Carroll's *Through the Looking Glass*: "It's a poor sort of memory that works only backwards." By drawing on the past, man also prepares for the future. This power of prediction is "the ultimate goal of the evolution of the nervous system," believes biologist Colin Blakemore.

The systems of mind that overcome the experience of the moment and create a continuing flow of consciousness have intrigued and perplexed man for centuries. As our technology has progressed so have our analogies for the mechanisms of the brain. Human memory has been compared to a library, a computer, even a hologram. But one of the simplest and most enduring metaphors for memory was put forth by Sigmund Freud.

The famous Viennese analyst compared memory to a child's toy, the "Magic Slate," made of wax-coated cardboard, wax paper and clear celluloid. The pressure marks of a stylus show up as dark lines on the surface of the pad. Lifting the layers of celluloid and wax paper from the base erases the dark lines. But the writing has not entirely vanished: the original impressions remain embedded in the waxy surface of the cardboard. "Thus," thought Freud, the toy "provides not only a receptive surface that can be used over and over again, like a slate, but also permanent traces of what has been written. . . . It solves the

*Memory weaves through Robert Rauschenberg's oil,* Buffalo. *Adept at storing the trivial and the staggering, memory is the force that gives unity to man's life. The vault of all knowledge, it enables man to organize and learn from his experience. Memory forms a brilliant collage of the past, adds perspective to the present and colors the future.*

81

*Signals enter the sensory register for sorting; only a few pass into short-term memory. Many disappear but others can be saved by a recycling system called rehearsal before passing into long-term memory.*



problem of combining the two functions by dividing them between two separate but interrelated component parts or systems." In human memory, these two interrelated systems are known as short-term and long-term memory.

Before an event can be stored in the memory, it must be experienced in some way by the brain. As information flows in from the senses, the brain briefly retains the entire stimulus. The image of a painting fleetingly haunts the retina when the eye is closed; a musical note echoes in the brain as the flute player pauses for breath. This mechanism, called the sensory register, holds an image for less than a second and retains a sound for no more than four seconds — long enough for the brain's perceptual systems to act on them. The register records a vast amount of potential information, but only a small amount filters into the short-term memory. The boundaries of human attention limit the information a person can handle; some images, though they peripherally register on the senses, vanish from awareness like breath on a windowpane.

Short-term memory retains information long enough for the mind to grasp it. Unless an individual makes an effort to remember an item, it remains in the short-term memory for less than a minute. Most of the information is recorded in verbal form. The letter *s*, for example, is retained as the sound "ess" instead of the shape S. If an item cannot be retained in a verbal form, it is generally held as a visual image. Short-term memory holds a limited amount of information. It stores an average of seven items (the length of a telephone number) at a time, and erases older items as new ones are added.

If an individual wants to retain an item in the short-term memory for more than a moment, he must rehearse it. A man wanting to reserve a table at a restaurant looks up the telephone number and repeats it to himself before he makes the call. By focusing his attention on the number, the man limits other information entering his short-term memory and prevents the number from being erased. If he dials it frequently, he may find after a while that he simply remembers it. The number has been transferred to a more accessible reference — long-term memory.

Man's permanent memory houses an astounding range of information — from images of childhood to the rules of language. In short, it stores all of man's knowledge about himself and his world. In order to retain so much information, long-term memory employs a more sophisticated

82

The Incredible Human Genome Project: Bril...          http://scienceray.com/biology/human-biology...



DNA Research with this photo illustration.

06/08/2010 04:19 PM

WHAT IS A MOZILLA SPY - Google Search                  http://www.google.com/search?ie=UTF-8&...

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼

Search settings | Sign in

Google   WHAT IS A MOZILLA SPY                  Search

About 1,510,000 results (0.29 seconds)                  Advanced search

Everything
more

Showing results for WHAT IS A *MOZILLA* SPY.
Search instead for WHAT IS A *MONZILLA* SPY

**Server Spy :: Add-ons for Firefox**
Server Spy indicates what brand of HTTP server (e.g. Apache, IIS, etc.) runs on the
visited sites. When a tab is selected, the corresponding server name is ...
https://addons.mozilla.org/firefox/addon/2036 - Cached - Similar

**Header Spy :: Add-ons for Firefox**
Apr 15, 2004 ... Header Spy 1.3.4. by IronNem. Shows HTTP headers on statusbar.
... My E-mail is mozilla.pro-at-tntlab-dot-com (replace "-at-" with "@" and ...
https://addons.mozilla.org/firefox/addon/4276 - Cached

Show more results from addons.mozilla.org

**Server Spy**
Jul 16, 2008 ... Displays the brand of web servers in the status-bar.
www.jacquet80.eu/mozilla/exts/ServerSpy/ - Cached - Similar

**Plugins**
Nov 17, 2004 ... This is the homepage of the Mozilla Plugins project, ... NPAPI Spy
plugin Source; Mac OSX MRJ Java Plugin Source (uses OJI and XPCOM instead ...
www.mozilla.org/projects/plugins/ - Cached - Similar

**How to get remove mozilla spyware? Here Is How**
Mozilla Spyware is a complicated program that collects all the information's about a ...
How do I get rid of spyware , and how to remove spyware manually? ...
www.squidoo.com/How-To-Get-Remove-Mozilla-Spyware - Cached

**Cannot remove ZoneAlarm Spy Blocker Toolbar**
15 posts - 5 authors - Last post: Dec 17, 2009
I updated my ZoneAlarm firewall and left the install ZoneAlarm Spy Blocker Toolbar box
checked. I now have a ZoneAlarm Spy Blocker Toolbar ...
support.mozilla.com/tiki-view_forum_thread.php?...1... - Cached - Similar

**free mozilla anti spy download**
Spy Software v3.4 makes monitoring your PC as easy as checking your email. After you
install it, AceSpy will begin SECRETLY recording EVERYTHING that is done ...
3d2f.com › Internet › Privacy & Security - Cached

Free download ... na spy files at Software Informer - ZoneAlarm Spy
Blocker is an anti-spyware toolbar for your web browser (IE or Mozilla) that ...
software.informer.com/getfree-passwords-mozilla-spy/ - Cached

Mar 27, 2010 ... Download Clipboard Format Spy - A useful tool for viewing the
information about the ... Mozilla Public License / FREE 556 KB / Windows All ...
www.softpedia.com/get/Office-tools/.../Clipboard-Format-Spy.shtml - Cached

**Zolved - Does Spy Sweeper work with Mozilla, Firefox or other ...**
Mar 13, 2010 ... To protect your PC from future spyware infections, Spy Sweeper comes
equipped with a number of Smart Shields. These shields stop spyware as ...
www.zolved.com/synapse/view_content/26688/ - Cached

Showing results for WHAT IS A *MOZILLA* SPY.

06/23/2010 02:58 PM

[Handwritten annotations surrounding the page:]

These spies has offered Richmond a spy but not from richmond. The links clear that this program cannot probe the computer dear Thomas Jefferson

a court case / FBI X-File Unit Gov
a Holy War
cyberattack against my culture religion life of Iris virus / Human PC of a virus.
Hacked brain stem cell, cancerous virus. Jonah montana and a IN spies Kata R.
cannot be Nasa hackers

Demonstrate a cyber hate crime used blackmail your time viruses climate hacked of a human spies virus

computationally users

uses
Trickery delusions offers help but are spy

1 of 2

The Gnome Cell hackers cl discovera
to years ago. cl litter on found
a back log paper trail of a
cyber serial trial of those Scientist
are using the computer as a 187
death Of 000 187 Kernae
systemm. I can prove every
thing im saying they are
Jonah manatraenaga a chemist
and a mad man trapped into
a cyber sex point world
By using his cyber sex polygraph
machine and traveled with
it being a cyber raider
of terror abusing and
mentally and physically killing
his actual human peoples

us a sick cyber killer using
People DNA and using
their DMV profile with a
digital iris displaying eye
spy that allows him a
computer gott o friendly
match to his human subjects
life and breathing status.
He and Huey mach does
not have a right to send
themselve and other
police, Husband ally
spies into my life
and place a chip

whom these immage or to other half
over 35 or better came over
here to take over the telecommur
Ication system making a world of
human metroids out of peoples
human solar anatomy with using
a battery cell virus down loading
It as a digital recording
callosbreation to the mind
while human subject watches
TV shows as a digitaeized
new world order over their
computer subjects TV Blasm
Slaves. Gnome Brainstems
Japanese and China
lab Rats & Europe
spies.

I need to get this case to a Grand Jury trial But I must take the proper states

these are groups of religious colts whom used Brain Stem Cancer researches as an excuse to kill the actual human by solar digitalized hurrorified a cyber x-file killer case I want to be appointed to a civil rights advocate at need court proceeding proceeding a hate Satanic crime has been committed against me as Europe white supremissive from dark laboratories

That burns my brain.
from him linking a circuit
virus to my home from
his austin texas resident:
etc. and this station called
plush club.com and
austin texas physical
address please help
me help bring this
man to legal justice of
trying to kill me with this
human PC virus He had called
me over my cell phone 6 yrs
to illegally do as a
prank witch 666 vudo Dr.

These are cyber killers and
gov't ~~Doctors~~ and Bank
Robbers they hack at
midnight into all systems;
are closed after hours.
as gov't officials using
they codes they use
bet FBI eye spy keyhole
technology Nasa space
center libraries mozilla
mozilla you name it
they have a high crime
well organize medical
and crime Justice
cyber crime / Hacking

By hacking into peoples
Brain to steal from
USA citizens govt, and
By using them to help
reroute their actual
thoughts from downloaded
circuit cell phones,
through circuit hacking
they need to be put
an end to them
666 Gnome witch
vudo Doctors,
I have all chemTRAILS
the DO with format and
Brainchemist formulas,

into my uterus, They Played
mind games at Kaiser Permente
and Fremont Behavioral hospital
with my life, They shoot
circuit injections of laser
Solar energy to my face
into a plunging Slammering
horrifying experience & with
my own solar anatomy
I have been fighting them over
my own Body for 3 yrs, especially
now but this goes back
15 yrs so of early 1980's,
when Jimmy Carter
ex president of USA
implimented solar system.
laser Death machine

I need to know my rights
after I have proven what im
saying is nothing But the truth
so help me Holy Ghost which
is my God of heavens DOTS
and at his merciful Sake
This man jonah martinanagels
trying to kill me by a cyber
hate circuit chip brain
this man placed a chip into
my Brain through my
Uterus that allows him
to constantly stop
send shocks through
my own electricity
at my resident

Logistics is T■■■■■■■s of Cat■■■g...... with esmtp
(Exim 4.43)■■■■■■■■■■■■■■■ ■■■■■ll.org; Sat, ...
https://www2.ietf.org/mail-archive/text/v6ops/2006-11.mail

Perkins - Listing of Described Videos
The trail leads him from the **mean** streets and back alleys of Kansas City to the steamy
.... Robert Redford stars as ■■■mputer expert ■■■■■■ Bishop, ■■■■ ■■■■■ ■■■■■■■ ■■..
inland from the beach and secure a farmhouse as an advance **command** post. ...... At
the strip ■■■■■■re she works ■■■■■ Evans (keane ID 187) is ...
perkins.pub■■■■■■■■■■■■■catalogs/dvs.html - Cached

[PDF] Steven T. Wax Federal Public Defender steve_wax@fd.org Stephen R
...
File Format: PDF/Adobe Acrobat
wounds, or **by their weapon**y. t supervised those in n■■■■mand regard■■■■■■ ...... to
the past. Statements by Mr. Ghil■ extracted by t■■■■■■■■■■■■■■■■■■■■■ File N■
N■■■a ■■■■■■■■deals, v.11p. ■■lm■■■■■■■■ald Picket, an **computer** expert,
who was working with a Kabul-based aid agency, ■■■■■■■■■■■
d■■.org/Case%20Doc■■■■■■■■■■■■■■ibits.pdf - Similar

**1** **2** **3** **4** **5** **6** **7** **8** **9**   **Next**

k■■■■■■■■187 means to a d■■  Search

      Search within results     Search Help
               Give us feedback

■■■■■■■■■■  A■■■■■■■■■■■s  B■■■■■■■■■■  Privacy   About Google



CONTRA COSTA SUPERIOR COURT - RICHMOND

7/01/10       Register of Actions         Page: 3

*(handwritten across top: Burgundy + fired Kaiser of Richmond)*
*(handwritten: Amy Lee Anderson Quit Kaiser followed up with Kaiser in terminating my medical treatment and Health Services)*

-------------------------------------------
```
Case Number ..:   RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS     Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT
```
=================================================
```
              FOR SERVICE $73.00
              -------------------------
```
6/25/10 | S/C SUBPOENA W/POS RCVD FROM PLTF PLACED IN FILE

*(handwritten: This is their work computer)*

*(handwritten: mach)*

```
          PROOF OF SERVICE BY CERTIFIED MAIL ON CLM OF DEFT -
          of MOCK AS TO DEFENDANT BURGUNDY CHAFFON, WITH
          SERVICE DATE OF 06/24/10 FILED.
          -------------------------
```
*(handwritten: Computer Comm Complete)*

6/28/10 |
```
          SMALL CLAIMS COURT TRIAL
          Dept.: 56     Time :  1:30
          CAUSE CALLED FOR TRIAL BEFORE TEMPORARY JUDGE
          LORRAINE M. WALSH
          Clerk: V MEDINA
```
*(handwritten: They work like this mach)*
```
          ELECTRONIC RECORDING START TIME: 3:28PM
          PLAINTIFF (S) APPEARING:  BURGUNDY CHAFFON
          DEFENDANT(S) APPEARING: HUGH MOCK AAA MOBILE
          TECH; ANA;HUEY MACH
          HUEY MACK APPEARS FOR AAA MOBILE TECH
          PARTIES ARE SWORN AND EXAMINED
          APPEARING FOR KAISER HOSPITAL AS CUSTODIAN OF
          RECORD AS SOME RECORDS/HEALTH MENTAL HEALTH
          BEHAVIORAL HEALTH WERE SUBPOENAED.
          Small Claims Action Disposition.
          JUDGMENT ORDERED (CONTESTED TRIAL)
          ACTION DISPOSITION - JUDGMENT ORDERED
          -------------------------
```
*(handwritten: Jonah Mantranaga wants it to appear that I'm mentally ill when he placed a computer virus into my uterus illegally. Brain hackers.)*

```
          AUTH TO APPEAR FOR AAA MOBILE TECH SUPPORT-HUEY
          MA K IS FILED
          -------------------------
```
```
          SMALL CLAIMS JUDGMENT ENTERED ON 06/28/10
          Small Claims SAD After Hearing - Entry of Jgmt. -
          contested.
          CASE STATUS CHANGED TO JUDGMENT
          JUDGMENT ON 1st Amended CLAIM OF PLTF of CHAFFON
          DEFENDANT(S) APPEARING: AAA MOBILE TECH JONAH
          MANTRANAGA, HUGH MOCK AAA MOBILE TECH; ANA:HUEY
          MACH
          DEFENDANT(S) AAA MOBILE TECH JONAH MANTRANAGA,
          HUGH MOCK AAA MOBILE TECH; ANA:HUEY MACH DOES NOT
          OWE ANY MONEY ON THE PLAINTIFF S CLAIM.
          1st Amended CLAIM OF PLTF of CHAFFON DISPOSITIONED
          JUDGMENT ON CLM OF DEFT of MOCK
          PLAINTIFF DOES NOT OWE DEFENDANT ANY MONEY ON THE
          DEFENDANT S CLAIM.
          CLM OF DEFT of MOCK DISPOSITIONED
          -------------------------
```
*(handwritten: UNSATISFI, Huey mach, Huey mach, UNSATISFI)*

```
          STIPULATION TO/FOR SIGNED BY PARTIES AS TO TEMP -
          JUDGE; L WALSH FILED
```
*(handwritten: mismatch commands as a positive and negative computer friendly Comma...)*

*(I am amy lee anderson - Ruttier)*

CONTRA COSTA SUPERIOR COURT - RICHMOND

7/01/10                Register of Actions                Page:        1

*Black cyber Slavery using bar codes*

```
Case Number  :     RSC10-0352
Case Name ..:  CHAFFON VS AAA MOBILE TECH
Case Type ..:  SMALL CLAIMS        Case Status : Judgment Entered
Category ...:  SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction:  RICHMOND SUPERIOR COURT
```

*energy and wind chimes*

*X-Files*

```
Complaint Type : 1st Amended CLAIM OF PLTF    Filed :    5/12/10
Disposition ...: JUDGMENT                     Amended :  6/04/10
Date ..........:   6/28/10
```

*Solar*

```
SC PLAINTIFF(s):              SC DEFENDANT(s):
```
*Gnome Brain stem cell Battery Scanning*

```
BURGUNDY   CHAFFON          AAA MOBILE TECH: JONAH
                            MANTRANAGA         jud.for
ATTORNEY:                   ATTORNEY:
Pro/Per                     Pro/Per
```
*cyber killers*   *666*

*Mach red hats of*   *jud.for*

```
                            HUGH  MOCK
                            AAA MOBILE TECH
                            ANA: HUEY   MACH
                            ATTORNEY:
                            Pro/Per
```
*These evil group of scientist redeveloped the*  *red Blood Packs. In cyber Codes.*

```
Complaint Type : CLM OF DEFT              Filed :   6/21/10
Disposition ...: JUDGMENT
Date ..........:   6/28/10
```
*recreating a cyber Babylon 000187*

```
DEF-COUNTER CMT(s):                SC PLTE-CD(s):
```
*City of Richmond, CA*  *Amy Lee Anderson - Ruttier*  *in humans*  *jud.for*

```
HUGH  MOCK                      BURGUNDY   CHAFFON
AAA MOBILE TECH                 ATTORNEY:
ATTORNEY:                       Pro/Per
Pro/Per
```
*so that it would read*  *Brain. violating free will.*

*on their computer Iris Scanners to kill on display IDF in Brail digitaltized units*

```
Action
Date     Description                      Disposition
```
*Black freedom out of slavery*

```
5/12/10   PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED
          (CLAIM GREATER THAN $5,000.00, UP TO $7,500.00
          BY NATURAL PERSONS ONLY)
```
*math formulas*  *Bar codes and more code using Computer readings of Solar Scanning*

```
          AMOUNT OF CLAIM $7,500.00

          CASE ENTRY COMPLETED

          COLOR OF FILE IS PINK
```
*X-files*

```
          DECLARATION OF NON-MILITARY STATUS FILED

          CLAIM AND ORDER TO PLAINTIFF FOR PERSONAL SERVICE (-)
```
*The attach here and wall cyber Graffiti 4 terror*

CONTRA COSTA SUPERIOR COURT - RICHMOND
7/01/10                    Register of Actions                    Page:    2

--------------------------------------------------------------------------------
Case Number :    RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS              Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT
================================================================================
                    -------------------------
                    Small Claims Court Trial was set for  6/28/10 at
                    13:30 in Dept. 56
                    -------------------------
                    REQUEST TO WAIVE COURT FEES FILED BY BURGUNDY
                    CHAFFON (CONFIDENTIAL)
                    -------------------------
                    ORDER ON COURT FEE WAIVER AS TO BURGUNDY CHAFFON      Granted
                    IS Granted
                    -------------------------
    5/24/10         COPIES
                    Receipt: 100524-0009          $1.00
                    -------------------------
    6/04/10         (S.C.) 1st Amended CLAIM OF PLTF of CHAFFON FILED
                    (AMENDING CONTENT WITHOUT ALTERING ORIGINAL
                    FILING FEE)
                    -------------------------
                    Update Party 1st Amended CLAIM OF PLTF of CHAFFON
                    -------------------------
    6/07/10         RECEIVED PROOF OF SERVICE OF SMALL CLAIMS
                    SUBPOENA  THAT WAS NOT ISSUED BY THE CLERK'S
                    OFFICE
                    -------------------------
    6/08/10         RECEIVED CORRESPONDENCE FROM PLAINTIFF. PLACED IN
                    FILE.
                    -------------------------
    6/14/10         RECEIVED 4 PROOFS OF SERVICE FROM SMALL CLAIMS
                    SUB POENAS NOT ISSUED BY THE CLERK'S OFFICE.
                    -------------------------
    6/21/10         REQUEST TO WAIVE COURT FEES FILED BY HUGH MOCK
                    AAA MOBILE TECH; ANA:HUEY MACH (CONFIDENTIAL)
                    -------------------------
                    ORDER ON COURT FEE WAIVER AS TO HUGH MOCK AAA         Granted
                    MOBILE TECH; ANA:HUEY MACH IS Granted
                    -------------------------
                    1st Amended CLAIM OF PLTF of CHAFFON HUGH MOCK
                    AAA MOBILE TECH; ANA:HUEY MACH HUEY MACH ADDED AS
                    AN INDIVIDUAL
                    -------------------------
                    CLAIM OF DEFENDANT FILED BY HUGH MOCK AAA MOBILE
                    TECH; ANA:HUEY MACH (CLAIM GREATER THAN
                    $1,500.00, UP TO $5,000.00)
                    -------------------------
                    AMOUNT OF CLAIM $4,760.00
                    -------------------------
    6/23/10         SUBSTITUTE PROOF OF SERVICE ON 1st Amended CLAIM     -
                    OF PLTF of CHAFFON AS TO AAA MOBILE TECH JONAH
                    MANTRANAGA FILED. DATE OF MAILING 06/02/10. FEE

--------------------------------------------------------------------
Case Number :     RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS         Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT
====================================================================

**** END OF CASE PRINT ****

I fired Kaiser for misrepresenting my character as a mental patient.

imagine how a cellular phone feels when it stays against your ear for a long period of time logically it burns the face so that is what im The Book

Brave new world

aldous hux ley - world of human androids

@ 9:36am 6/29/10

Huey Mach 611 Folsom St San Francisco CA 94107

415-920-92-filed case Dr. Damian Jones - Cassell experien

Amy Lee Anderson - Rullia lly fired kaiser for giving me a bad malpractice report my Doctors are Dr. ann manahamy Dr. Damian Cassell - Jones. men mm1

Used to track the whereabouts of
Japanese students
http://www.gizmag.com/go/3276
/picture/6275/

I guess truancy is a problem in Japan because they have a whole article about the
successful implantation of students and have given the chips away for free in order to be
able to track them and find out where the students are at any given time. Ya, that sounds
like a lot of fun. Talk about big brother watching over your shoulder...

According to Dr. Gasson the RFID technology has developed to the point where the chips
can communicate with other devices, store data, and they can also manipulate that data.
Dr. Gasson says the chips are basically mini computers implanted in a human being or
animal.



Attributed to Duncan Long but found
HERE:http://www.christianityoasis.com
/endtimes/Biometrics.htm

The most common uses today for the RFID chips are in passports and enhanced drivers
licenses. Imagine the government tracking your every movement once outside the country,
or even within it if you carry your passport or driver's license with you at all times. And
who doesn't have their license with them at all times? How many leave their wallets at
home when they go out?

Here in Arizona you are required to carry identification with you at all times if you are over
the age of 16. However, the enhanced license is optional and not required. That's the
good news.

It amused me to read that Dr. Gasson finds it *exciting to be the first human infected with
a computer virus.* Oh, really? He used the device to get secure access to the university
and his cell phone. How secure is it if it is infected with a virus? Computer infections
include tracking cookies which gather personal information and then send it to a specific
location for pickup at a later date. That could include information about his phone calls,
his access code to the university, his bank accounts, etc. Ya, real exciting...

Case3:10-cv-02918-EMC   Document1   Filed07/01/10   Page25 of 104



Jonah Matranga



Jonah Matranga

My last performance of the night (unintentionally) was **Jonah Matranga** at Plush. This was not a SXSW show and i had to fork over $5 for the show. But it's always worth it for Jonah. The **Far** frontman's shows are always this vulnerable and joyous celebration of expression and letting go of insecurities. You always feel cleansed after a Jonah show, I can't explain it any better than

GNOME: The Free Software Desktop Project

6-10

- <u>Home</u>
- ~~News~~
- ~~Projects~~
- ~~Art~~
- ~~Support~~
- ~~Development~~
- ~~Community~~



- ~~About~~
- ~~Get Release~~
- ~~Support~~
- ~~Contribute~~
- ~~Contact~~

03/17/2010 12:09

would like to ~~send all our sympathy and support to our~~ friends in Concepción, Curicó, Talca, Santiago, Viña del Mar, Valparaíso and everyone in Chile. Fuerza Chile.

**( Mozilla Sponsors )
GNOME
Accessibility
Efforts**

Foundation has received a

## **GUADEC 2010**

*July 24-30, 2010, The Hague,*

At the annual

all a

discuss the

of the project.

## **Shirts Available!**



will be



the shirt sales to the

Judge

Rifle controls

scene of ameri

scientist are using a chrome...

are using...

forces...

By condoning Negative rights

with Body Hacking...

window to the mind, from

there with 5G road conductors

and impulse... directive to

an open signal...

america...

for Non profit Brain storm

cell as an Battery electric

charged up Humen

american

By circulated telecommunica





accessibility

The ▬▬▬ will
help ▬▬▬ the
▬▬▬
efforts between
▬▬▬ and
(M▬▬▬)
The donation of
$10,000 will be
used in part to
s▬▬▬
d▬▬▬
▬▬▬
▬▬▬

T▬▬▬
Persons with
▬▬▬
▬▬▬
▬▬ the press
release.

The
conference will
lead up to the
▬▬▬
release in
September
▬▬▬
▬▬▬
GUADEC
2010 will be
(▬▬▬)
▬▬▬
▬▬▬

details and
▬▬▬
th▬▬▬
pa▬▬▬
▬▬▬
▬▬▬

Which is still looking

surge

subject to alloting on all pitt

generating

station to all citizens from our

wrap of license

at an app

fielding in St genetics

## [X] Vigilante Justice

\* There are long empty corridors and a huge arena, so I think I can get away with this one.



# In Soviet Russia, The Hand Shakes YOU!

Filed under: Recent Reviews

You must be logged in to post a comment.

« THE AOBG MONTHLY UPDATE: NOVEMBER 2009 Command Performance killcount »

## • Calendar

June 2010

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

« May

•  [                    ]  Search

Case8:1p-cv-02918-EMC Document1 Filed07/01/10 Page32 of 104

Confirmed, Human Infected By Computer V...          http://justmytruth.wordpress.com/2010/06/0...

*[Handwritten text across top:]* Computer Friendly Device With a Humans Brain Control. These Gnome Brain Stem hackers has learned how to use the Computer enough to make it become Computer friendly match that allows them to hack into an actual humans Brain as a Computer friendly match. This is why My writing is so messy into my penmen- ship of writing skills. Gnome Brain Stem Cancer our human Stem Cell Hackers

The tiny RFID chip
http://www.prayct.org
/wp-content/uploads/2008/11
/implantable-rfid-chip.jpg

*[Handwritten:]* PTCh. Net

Dr. Gasson contaminated the RFID chip he had implanted in his hand on purpose. Along with producing cancerous tumors and burns it makes the chips very unappealing. But that is just my opinion as always. Of course, all the problems associated with the chips are kept very quiet. Unless you are looking for them you won't find them.

*[Handwritten:]* This chip Into my uterus.

Frankly, of all the things one could be noted for I don't think I'd want the distinction of being the first person to become infected with a computer virus... Somehow the enthusiasm Dr. Gasson feels is missing for me. Can't decide why...

*[Handwritten:]* from Richmond Health Clinic

*[Handwritten:]* Yes

## Could Humans Be Infected by 'Computer Viruses?

*[Handwritten:]* in my City ce

These results could have huge implications for implantable computing technologies used medically to improve health, such as heart pacemakers and cochlear implants, and as new applications are found to enhance healthy humans.

Dr Gasson says that as the technology behind these implants develops, they become more vulnerable to computer viruses.

*[Handwritten:]* which reside in which is Richmond, CA 94804-1736. This Gnome Brain Stem Research is only a group of scientist whom uses government fundings to hack into peoples Brain as a control over the person and Brain as a Communist mind control

3 of 12

06/16/2010 06:28 PM

7/1/10 @ 12:10pm

after attempting to
file my govt. case
in court these
Computer Brain hackers
rerouted the telecommunication
system as a subliminal
Block while calling me a ~~me~~
dog whom tried attacking
them on a channel 2 news
coverage airtime Brodcasting
network. The ally spy of
Gnome is Kata Rakkar.
Of austin texas, plushclub.com
Just sent an electric solar
shock to chest cavity.

been, in commercial distribution. Section 21 CFR 880.9[11] specifies the
limitations to exemption. If any of these limitations apply, your device is not
exempt and you must submit a premarket notification.

Those pesky regulations that require this or that can always find an exemption can't they?



Insertion device and chips
http://www.hospitalmanagement.net
/features/feature_images
/feature44620/4-rfid-chips.jpg

The technology is so controversial that some States have banned the forced implantation of
the devices. **Wisconsin** was the first, **North Dakota** was the second, and it appears that
**California** is the third. However information is sketchy on California. Arizona offers you a
choice. Pennsylvania has also banned forced chipping. The **Amish told Michigan** they
would rather leave the State than submit to chipping. I'm sure that many more States
have followed the example of the above but information is not available on the web. Check
with your State legislators to find out where your State stands on this issue.



Different clothing RFID chips on tags
http://www.spychips.com/press-
releases/images/a_and_f-fabric-
label.jpg

The problem I see with these chips beyond their suseptability for infection by computer
viruses and the health risks is that you cannot turn them off, EVER. Once they are ON,
they are ON 24/7/365. The tracking ability never stops. If someone wants to know where
you are at any given time all they have to do is activate the data transmitter within the

This ally spy Kata Rakkar
was singing a song in
macDonalds while
Torturing my face with
electric circuit
hacking while
demonstrating

a psychotic Role
play as a scientist
through window media
player girls just wanna
have fun Cyndy Loper.
6/24/10/ @ 5pm

```
                        CONTRA COSTA SUPERIOR COURT - RICHMOND
    4/08/10                    Register of Actions                    Page:    1
--------------------------------------------------------------------------------
 Case Number :   RSC09-0532
 Case Name ..: CHAFFON VS AAA MOBILE TECH SUPPORT
 Case Type ..: SMALL CLAIMS           Case Status : Judgment Entered
 Category ...: SMALL CLAIMS - $1,500.00 OR LESS
 Jurisdiction: RICHMOND SUPERIOR COURT
================================================================================

 Complaint Type : CLAIM OF PLTF                        Filed :   6/22/09
 Disposition ...: JUDGMENT
 Date .........: 11/06/09
                                       |
 SC PLAINTIFF(s):                      |SC DEFENDANT(s):
                                       |
 BURGUNDY   CHAFFON                    |AAA MOBILE TECH SUPPORT      jud.for
 ATTORNEY:                             |ATTORNEY:
 Pro/Per                               |Pro/Per
                                       |
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 Complaint Type :         APPEAL A JUDGMENT              Filed :   8/28/09
 Disposition ...: JUDGMENT
 Date .........: 11/06/09
                                       |
 SC APPELLANT(s):                      |  SC RESPONDENT(s):
                                       |
 AAA MOBILE TECH SUPPORT               |BURGUNDY   CHAFFON              N/A
 ATTORNEY:                             |ATTORNEY:
 Pro/Per                               |Pro/Per
```

| Action Date | Description | Disposition |
|---|---|---|
| 6/22/09 | PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED (CLAIM UP TO $1,500.00) | - |
| | AMOUNT OF CLAIM $275.00 | - |
| | CASE ENTRY COMPLETED | - |
| | COLOR OF FILE IS PINK | - |
| | DECLARATION OF NON-MILITARY STATUS FILED | - |
| | CLAIM AND ORDER TO PLAINTIFF FOR PERSONAL SERVICE | - |
| | Small Claims Court Trial was set for  8/07/09 at 13:30 in Dept. 56 | |
| | APPLICATION FOR WAIVER OF COURT FEES AND COSTS FILED BY BURGUNDY CHAFFON. | |
| 6/24/09 | ORDER FILED ON WAIVER OF FEES AS TO BURGUNDY CHAFFON IS Granted . | Granted |

```
                      CONTRA COSTA SUPERIOR COURT - RICHMOND
   4/08/10                  Register of Actions                    Page:    2
--------------------------------------------------------------------------------
  Case Number :   RSC09-0532
  Case Name ..: CHAFFON VS AAA MOBILE TECH SUPPORT
  Case Type ..: SMALL CLAIMS           Case Status : Judgment Entered
  Category ...: SMALL CLAIMS - $1,500.00 OR LESS
  Jurisdiction: RICHMOND SUPERIOR COURT
================================================================================
               --------------------------
   8/03/09   PROOF OF SERVICE ON CLAIM OF PLTF of CHAFFON AS     -
             TO DEFENDANT AAA MOBILE TECH SUPPORT FILED. DATE
             OF SERVICE 06/22/09. FEE FOR SERVICE $0.00.
             --------------------------
   8/07/09   SMALL CLAIMS COURT TRIAL                        Complete
             Dept.: 56    Time :  1:30
             CAUSE CALLED FOR TRIAL BEFORE COMMISSIONER ROBERT
             L. BROUGHTON
             Clerk: V MEDINA
             ELECTRONIC RECORDING START TIME: 3:07PM
             PLAINTIFF (S) APPEARING:  BURGUNDY CHAFFON
             DEFENDANT(S) APPEARING: AAA MOBILE TECH SUPPORT
             HUEY MACH APPEARS FOR MOBILE TECH
             PARTIES ARE SWORN AND EXAMINED
             Small Claims Action Disposition.
             JUDGMENT ORDERED (CONTESTED TRIAL)
             ACTION DISPOSTION - JUDGMENT ORDERED
             --------------------------
             AUTH TO APPEAR FOR MOBILE TECH; HUEY MACH IS       -
             FILED S
             --------------------------
             SMALL CLAIMS JUDGMENT ENTERED ON 08/07/09          -
             Small Claims SAD After Hearing - Entry of Jgmt. -
             Contested.
             CASE STATUS CHANGED TO JUDGMENT
             JUDGMENT ON CLAIM OF PLTF of CHAFFON            UNSATISFI
             DEFENDANT(S) APPEARING: AAA MOBILE TECH SUPPORT
             JUDGMENT AGAINST DEFENDANT  000100
             JUDGMENT FOR PLAINTIFF 000100 IS SET ASIDE
             $275.00 PRINCIPAL AND $0.00 COSTS ON PLAINTIFF`S
             CLAIM.
             TOTAL JUDGMENT $275.00
             CLAIM OF PLTF of CHAFFON DISPOSITIONED
             JUDGMENT SET ASIDE
             SET ASIDE DISPOSITION OF CLAIM OF PLTF of CHAFFON
             AND ALL PARTIES
             Set Aside Case Disposition
             --------------------------
   8/14/09   SMALL CLAIMS NOTICE OF ENTRY OF JUDGMENT MAILED
             TO ALL PARTIES ON 08/14/09
             --------------------------
             NOTICE OF ENTRY OF JUDGMENT FILED WITH PROOF OF    -
             MAILING
             --------------------------
   8/28/09   APPLICATION FOR WAIVER OF COURT FEES AND COSTS
             FILED BY AAA MOBILE TECH SUPPORT.
             --------------------------
```

--------------------------------------------------------------------------------
Case Number :  RSC09-0532
Case Name  ..: CHAFFON VS AAA MOBILE TECH SUPPORT
Case Type  ..: SMALL CLAIMS          Case Status : Judgment Entered
Category  ...: SMALL CLAIMS - $1,500.00 OR LESS
Jurisdiction: RICHMOND SUPERIOR COURT
================================================================================
            ORDER FILED ON WAIVER OF FEES AS TO AAA MOBILE    Granted
            TECH SUPPORT IS Granted .
            --------------------------
            SMALL CLAIMS APPEAL FROM THE JUDGMENT FILED BY      -
            CLAIM OF PLTF of CHAFFON AAA MOBILE TECH SUPPORT
            --------------------------
            Small claims - Trial de Novo was set for 10/14/09
            at  8:30 in dept. SCA
            --------------------------
            CLERK`S CERTIFICATE OF MAILING OF NOTICE OF         -
            APPEAL SENT
            Notice printed for BURGUNDY  CHAFFON  on  8/28/09
            Notice printed for AAA MOBILE TECH SUPPORT on
            8/28/09
            --------------------------
            RCVD AND LETTER OF APPEAL FROM DEFENDANT/APPL RE:   -
            INVOICE. PLACED IN FILE
            --------------------------
10/14/09    SMALL CLAIMS - TRIAL DE NOVO (20 MINUTES)         Complete
            Dept.: SCA   Time :  8:30
            Notice printed for BURGUNDY  CHAFFON  on  8/28/09
            Notice printed for AAA MOBILE TECH SUPPORT on
            8/28/09
            STIPULATION FOR JUDGE PRO TEM ROBERT KOSLOFF FILED
            Clerk: R.MILLER
            ELECTRONIC RECORDING START TIME: 9:13am
            ELECTRONIC RECORDING STOP TIME: 9:34am
            PLAINTIFF (S) APPEARING:  BURGUNDY CHAFFON
            DEFENDANT(S) APPEARING: AAA MOBILE TECH SUPPORT
            Small Claims Action Disposition.
            JUDGMENT ORDERED (CONTESTED TRIAL)
            ACTION DISPOSTION - JUDGMENT ORDERED
            --------------------------
            AUTHORIZATION TO APPEAR FILED BY HUEY MACH FOR      -
            AAA  MOBILE TECH SUPPORT
            --------------------------
11/06/09    CASE RETURNED FROM APPEAL STATUS                   -
            --------------------------
            JUDGMENT AFTER TRIAL DE NOVO ON APPEAL FROM         -
            SUPERIOR COURT ENTERED ON 11/06/09
            Small Claims SAD After Hearing - Entry of Jgmt. -
            Contested.
            CASE STATUS CHANGED TO JUDGMENT
            JUDGMENT ON CLAIM OF PLTF of CHAFFON               UNSATISFI
            DEFENDANT(S) APPEARING: AAA MOBILE TECH SUPPORT
            DEFENDANT(S)  AAA MOBILE TECH SUPPORT DOES NOT
            OWE ANY MONEY ON THE PLAINTIFF`S CLAIM.
            CLAIM OF PLTF of CHAFFON DISPOSITIONED

field be intrest which is
govt files and agencies
of Detention facilities
with both industries
of mental health that
Requires medical hospitalization
for medical treatment filling
their patients full of Drugs
for further mind control and
resuerance that their
Sophisticated Schematic Human
Brain PC virus would allow
them This new world which
is Communist Brain Control
Within Government agencies
as ally spies for RUSSIA
and China.

```
                      CONTRA COSTA SUPERIOR COURT - RICHMOND
4/08/10                        Register of Actions                      Page:    4
```
--------------------------------------------------------------------------------
```
Case Number :    RSC09-0532
Case Name  ..: CHAFFON VS AAA MOBILE TECH SUPPORT
Case Type  ..: SMALL CLAIMS          Case Status : Judgment Entered
Category  ...: SMALL CLAIMS - $1,500.00 OR LESS
Jurisdiction: RICHMOND SUPERIOR COURT
```
================================================================================
```
              Small Claims Appeal CAD After Trial De Novo.
               of AAA MOBILE TECH SUPPORT DISPOSITIONED
              NOTICE OF ENTRY OF JUDGMENT ON SMALL CLAIMS
              APPEAL MAILED ON 11/06/09

                    **** END OF CASE PRINT ****
```

These Group of people called
Scientist imported in USA from Portugal
a FBI clearence to transfer
case studies of Your Education
as a chemist and a Law enforcement
background to become a Medical
Doctor of death while being
a criminal in practice to
detroy Human subject
while using a computer. The
next thing is illegal forcefully
Using cyber sex on victim
as a sexual cyber preditor
on human subjects Brain white
the hack the Brain using
mind Remote control accessibility
solar cyber slavereg overseas
Slave trade lucrative Clndustrie
that creates wealth in thus

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                    Web History | Search settings | Sign in



gnome brain stem cells cancer    Search

About 42,500 results (0.25 seconds)                    Advanced search

**Everything**

More

**All results**

Wonder wheel

### Cell Research - Differentiation profile of brain tumor stem cells ...

by QB Zhang - 2006 - Cited by 35 - Related articles -
All 6 versions
Nov 7, 2006 ... Natl Med J China 2005;
85:1868–1870. | ChemPort |; Fomchenko EI,
Holland EC. **Stem cell** and **brain cancer**. Exp **Cell Res** 2005; 306:323–329. ...
www.nature.com › Journal home › Archive › Original
Articles - Similar

### Eye cells believed to be retinal stem cells are misidentified ...

Mar 30, 2009 ... "Neural **stem cells**, in general, and
retinal progenitor **cells**, in particular, ... American **Cancer** Society, **Research** to Prevent Blindness, ...
www.stjude.org/stjude
/v/index.jsp?vgnextoid...vgnextchannel... - Cached

### Stem Cells: Reasons for the Research

The St. Jude **research** involved laboratory animal **stem cells**. ... A childhood **cancer** survivor
himself, Sorrentino says he always knew he
wanted to become a ...
www.stjude.org/stjude/v/index.jsp?vgnextoid... -
Cached - Similar

Show more results from www.stjude.org

### Stem cells track tumors

esearchers have shown that neural **stem cells**—which can develop into any type of **brain cell**—sense and migrate toward **brain** tumors. ...
www.genomenewsnetwork.org/articles/11...
/**stem_cells**_track.shtml - Cached

### Ribo-**gnome**: The Big World of Small RNAs -- Zamore and Haley 309 ...

by PD Zamore - 2005 - Cited by 419 - Related
articles
Sep 2, 2005 ... Telomeric RNAs Mark Sex
Chromosomes in **Stem Cells**. L.-F. Zhang, Y.
Ogawa, ... Journal of Dental **Research** 88, 400-408
... MicroRNA-mediated Regulation of Ubc9
Expression in **Cancer Cells**. ..... Noncoding RNAs
and RNA Editing in **Brain** Development, Functional
Diversification, and Neurological Disease. ...
www.sciencemag.org › Science Magazine › 2
September 2005 - Similar

### UCSF team advances probe of neural stem cell-brain tumor link ...

Aug 31, 2005 ... "We're excited about the work
underway because our **brain** tumor program,
combined with the assets of UCSF's **stem cell research** and **cancer** ...
news.ucsf.edu/.../ucsf-team-advances-probe-

Sponsored links

**Brain Cancer Cells**
Learn about **Brain Cancer Research**
and Help Us Eliminate **Brain** Tumors
www.ABTA.org

**Brain** Injury Treatment
Breakthrough **Stem Cell** Therapy for
**Brain** Damage Patients! We Can Help.
Medra.com/**Brain**Damage

See your ad here »

**KAISER PERMANENTE** ®

Kaiser Foundation Hospitals
The Permanente Medical Group, Inc.
Kaiser Foundation Health Plan, Inc.

Location: _PCH_

425 29th St.
Richmond 94604

Burgundy Chaffon
# 07402234S

## REQUEST FOR ACCESS TO OR COPIES OF MEDICAL RECORDS

IMPRINT AREA

1. This request is made pursuant to California statute, Health and Safety Code sections 123100-123149. Under these sections I understand that the health care provider (hospital or medical group) is entitled to "payment of reasonable clerical costs incurred in locating and making the records available" before access to the records is permitted. If copies are requested, I acknowledge that the law requires me to pay reasonable clerical costs and permits copying fees of 25¢ per page (50¢ per page if copies from microfilm records). For copies of X-rays or tracings, fees are based upon actual costs incurred.

2. I understand that the provider has 5 working days, **after receiving this request and payment of clerical costs**, in which to produce the requested medical records for examination. If I have requested copies, the provider has 15 days, **after receiving this request and payment of clerical costs and copying fees**, during which to assemble the records and make the copies.

3. I understand that, if I agree, the health care provider may provide me with a summary of the requested records instead of copying or providing the original records for examination. If I am furnished with a summary instead of a copy of the original records, it will be available within 10 working days from the date of my request, but if more time is needed because the record is extraordinarily long or I was discharged from a licensed health facility within the last 10 days, the provider may have additional time to deliver the summary -- after notifying me about when it will be ready -- but in no event more than 30 calendar days after the date of the request. The fee will be based upon actual time spent by our personnel in preparing the summary.

4. I further understand that records of mental health care, or alcohol or drug abuse treatment may not be disclosed to me directly if the health care provider determines that to do so would present a risk of significant adverse or detrimental consequences. I understand I then may designate a physician, licensed psychologist or clinical social worker to review the record on my behalf.

5. I understand that if I am a parent making a request regarding records of a minor, I will not be shown entries for health care to which, by law, the minor may consent without parental involvement.

6. I understand that if I am a minor, I will be given access only to those portions of my record describing health care for which I may consent, under applicable law, without involvement of parents.

7. The undersigned patient or patient's legal representative, hereby requests access to the Medical Records of:

   ☒ Adult   ☐ Minor

8. The record being requested is:   ☒ Medical Office (Outpatient)   ☒ Hospital (Inpatient)   ☒ Mental Health

   Other _____

   for the period _Beginning of Kaiser_ to _present._ or

   for the particular injury, illness or episode described as: _____

9. The physician I usually see is: _____

10. I am requesting:   ☐ access to the record indicated above (no fee)
    ☒ copies made of the record indicated above (estimated fee, see below)
    ☐ summary (estimated fee, see below)

    for the purpose of: _____
    (OPTIONAL)

| DATE OF REQUEST | Estimated Fee $ | DEPOSIT RECEIVED |
|---|---|---|
| 6/22/10 | | |

PATIENT'S SIGNATURE

_Burgundy Chaffon_

PATIENT'S REPRESENTATIVE SIGNATURE

IDENTIFICATION OF REQUESTER (DRIVER'S LICENSE, CREDIT CARD)

Requester:   ☐ Reviewed Record   ☐ Received Copies
☐ Received Summary   ☐ Other _____

RELATIONSHIP TO PATIENT (PARENT, GUARDIAN OR CONSERVATOR)

Actual Fee $ _____
DATE   AMOUNT PAID

DAYTIME PHONE #
760-802-7440



the religious tribe closest to the holy ghost ...          http://www.google.com/search?ie=UTF-8&...

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼          Search settings | Sign in

 Google

| the religious tribe closest to the | Search |

About 552,000 results (0.43 seconds)          Advanced search

**Everything**

**More**

Showing results for the religious tribe **closest** to the holy ghost
Search instead for the religious tribe **closet** to the holy ghost

Sponsored links

**Holy Spirit?**
Answer Your Religious Questions
Chat Live with a Mormon!
www.Mormon.org

**Religious Indians**
Sign a Pledge to Help Keep Native
Indian Beliefs & Traditions Alive
NRCPrograms.org/RememberNA

See your ad here »

Everybody Draw the Trinity Day? - **Religious**
Smoker - **tribe**.net
2 posts - 1 author - Last post: Jun 7
I am going to write Comedy Central and give them
support for airing the show and encourage them to
give the **holy ghost** equal time in any ...
tribes.**tribe**.net/**religious**smoker
/.../26b0ee80-61e9-472f-bce2-a0b0950f2bd9 -
Cached

The Return Of The Imam Mahdi - The Prophecy of
Magog - Mar 6, 2008
Welcome to the Orthodox Parish of Pre... - a south
african dreams ... - Sep 23, 2007
Christian symbolism - **Religious** and Spiritual Art
(Apparitions ... - Aug 27, 2007
Holly Relics - **Religious** and Spiritual Art
(Apparitions - Aug 26, 2007
More results from tribes.tribe.net »

**RELIGIOUS** PRINCIPLES - **tribe**.net
Jul 13, 2009 ... Worship of the Divine Mother is
rendered by all the **holy religions**. Mary is
fecundated by the **Holy** Spirit. Tradition narrates that
the Third ...
people.**tribe**.net/.../386ae6b9-f8bd-4063-
b180-d8cbc6659e1e - Cached

Rastafari movement - Wikipedia, the free
encyclopedia
The Rastafari movement is a monotheistic,
Abrahamic, new **religious** movement ... Rastas say
that Jah, in the form of the **Holy** Spirit (incarnate),
..... Bob Marley was from the **tribe** of Joseph, and
Haile Selassie from the **tribe** of Judah. ..... So **close**
is the association between dreadlocks and Rastafari
that the two ...
en.wikipedia.org/wiki/Rastafari_movement - 9 hours
ago - Cached - Similar

Petition: Ban **Religious** Indoctrinatio... -
Heated Debate - **tribe**.net
Re: "Reason is the best thing in life, because it is
**closest** to the Divine mind" ..... The Apostle Paul,
writing by inspiration of the **Holy** Spirit, ...
heateddebate.**tribe**.net/.../099e4262-5946-4fdd-
8699-812e6cea2dc0 - Cached

The Twelve **Tribes** of Israel is an
organization of Rastafarians who ...
Like all **religious** trees, Rasta has branched out into
a variety of ... Soon, only a small remnant of two
**tribes** remained in the **Holy** Land. .... The 12 **Tribes**

*(handwritten annotations:)* Revelation of Geneeology and a ancestory cyber WarBottle Ship field The Book of Bible Jesus Father Jonah — Amygdala tribe of town Judah Instrument of le Holy Ghost God Sound

Trumpet of the Chariots 18

Then Il typed into the computer
who whats the closest
religion to the Holy GHOST
This is what the computer
program came out as
an out put from the
monzilla ally SPY web
Computer servers.

11:25pm 6/26/10

after Il printed
up these documents
Il was cyber
electricuted from
my Brain as
Queen of
Hebrew
Tribe.

"oming
soon!"

Finle chpt of
Revelation
and the end of le
PSYchological of Dr.
PSYcho Jonah Martinanaga

Red Dead Redemption Wiki

http://reddead.wikia.com/wiki/Red_Dead_Wiki



Later experiments by Nicolelis using rhesus monkeys, succeeded in closing the feedback loop and reproduced monkey reaching and grasping movements in a robot arm. With their deeply cleft and furrowed brains, rhesus monkeys are considered to be better models for human neurophysiology than owl monkeys. The monkeys were trained to reach and grasp objects on a computer screen by manipulating a joystick while corresponding movements by a robot arm were hidden.[13][14] The monkeys were later shown the robot directly and learned to control it by viewing its movements. The BCI used velocity predictions to control reaching movements and simultaneously predicted hand gripping force.



Diagram of the BCI developed by Miguel Nicolelis and colleagues for use on Rhesus monkeys

Other labs that develop BCIs and algorithms that decode neuron signals include John Donoghue from Brown University, Andrew Schwartz from the University of Pittsburgh and Richard Andersen from Caltech. These researchers were able to produce working BCIs even though they recorded signals from far fewer neurons than Nicolelis (15–30 neurons versus 50–200 neurons).

Donoghue's group reported training rhesus monkeys to use a BCI to track visual targets on a computer screen with or without assistance of a joystick (closed-loop BCI).[15] Schwartz's group created a BCI for three-dimensional tracking in virtual reality and also reproduced BCI control in a robotic arm.[16] The group created headlines when they demonstrated that a monkey could feed itself pieces of zucchini using a robotic arm controlled by the animal's own brain signals.[17][18]

Andersen's group used recordings of premovement activity from the posterior parietal cortex in their BCI, including signals created when experimental animals anticipated receiving a reward.[19]

In addition to predicting kinematic and kinetic parameters of limb movements, BCIs that predict electromyographic or electrical activity of muscles are being developed.[20] Such BCIs could be used to restore mobility in paralyzed limbs by electrically stimulating muscles.

Miguel Nicolelis *et al.* showed that activity of large neural ensembles can predict arm position. This work made possible creation of brain–machine interfaces — electronic devices that read arm movement intentions and translate them into movements of artificial actuators. Carmena et al.[13] programmed the neural coding in a brain–machine interface allowed a monkey to control reaching and grasping movements by a robotic arm, and Lebedev *et al.*[14] argued that brain networks reorganize to create a new representation of the robotic appendage in

I am alert yet unready the [illegible] human
the virus of genah mantranaga's Hex human
virus cell as a facial scanning reader
/radar emotional detector they Gnome
are very life threatening Doctors of
Death and Law Enforcement B criminal
Back up underground evil deeerns of
human beings digested and busted law of
protection. Jesus they are attack me
with solar virus right Now
Jesus Holy Ghost Holy Ghost
Solar Energy attack Virus
attack under solar virus
under attack under virus
Sent Lamar they rerouted
his mind him say he dont
feel like walking

# Karl Lashley
## In Search of the Engram

# Wilder Penfield
## Unlocking the Secrets of Memory

Like pirates seeking treasure, scientists have long sought an answer to the question posed, among other places, in the Bible's Book of Job:

For there is a mine for silver,
And a place for gold which
   they refine. . . .
But wisdom, where shall it be
   found?
And where is the place of under-
   standing?

Beginning in 1917, neuro-psychologist Karl Lashley conducted a hunt for this elusive treasure. He aimed to find the brain's engram — the elusive, permanent traces of memory.

Lashley trained animals, usually rats, to perform a variety of tasks, then systematically removed portions of their brains. He found that he could damage the animals' visual and motor abilities but never completely destroy their memory of tasks testing vision and movement, even when he removed large portions of the cortex.

Publishing "In Search of the Engram" in 1950, Lashley said his studies "yielded a good bit of information about what and where the memory trace is not." He had "discovered nothing directly of the real nature of the engram." Memory, he theorized, was not located in any one region of the





brain nor linked throughout by any specific physical structure. It must therefore be equi-potential — located with equal power at all points in the brain. Lashley concluded, "There is no great excess of cells which can be reserved as the seat of special memories."

At almost the same time that Lashley's research was indicating there was no memory engram, another investigator,

Canadian neurosurgeon Wilder Penfield, was producing evidence to the contrary.

Penfield began electrically stimulating the exposed brains of epileptic patients in the late 1920s to determine the location of abnormal brain tissue and the functions its removal might endanger.

When Penfield probed a region of the temporal lobes, lying on each side of the brain, the patients' responses took him by surprise.

One patient heard a voice singing and remembered the name of the song, "Oh Marie, Oh Marie." Another saw himself talking with his friends in South Africa. Hearing an orchestra playing, a woman hummed the music for Penfield. A boy heard his mother talking on the telephone and, after several touches of the probe, could repeat her entire conversation.

All in all, forty epileptic patients recalled similar memories. The temporal region, he theorized, must be "part of an automatic mechanism which scans the record of the past," linking the cortex to deeper brain structures thought to be involved in memory. "In the vast circuitry of the human brain," Penfield confidently wrote, "the evidence of an engram . . . is clear."

method of storage than short-term memory. As psychologist Ernest Kent describes it, "Short-term memory allows us to recall what was said verbatim, while recall from long-term memory generally involves paraphrase." This suggests that we store permanent memories in terms of their meaning, retaining concepts and relationships instead of words themselves.

Are they two independent systems of memory or are they somehow interconnected? The most popular theory, advanced by Canadian psychologist Donald Hebb in 1949, proposes a connection between the two types of memory. In Hebb's view, short-term memory is an active, or dynamic, memory: sight or sound sets off a reverberating pattern of nerve impulses in the brain. The impulses circle a closed loop of connected neurons, freezing an instant of time long enough for the brain to perceive it. But the neurons fire for only a short time, so dynamic memory will fade away unless a more permanent, structural trace is made. This structural trace, or engram, would correspond to long-term memory.

### The Indelible Engram

Psychologist Charles Furst compares Hebb's two processes of memory storage to the flow of water down a hill: "Dynamic traces would be like rivulets of water. . . . When the water stops, the pattern of rivulets disappears. But if the water runs long enough, then the rivulets cut channels and wear the pattern into the hillside, so that a permanent 'memory' of it has been formed." Short-term memories could thus be converted into long-term memories. If the nerve impulses circle their selected pathways long enough, they could leave behind an indelible memory trace.

The structure of this trace, or engram, remains a matter of speculation. Many theories have been advanced, including the one that memory is coded in proteins or smaller chains of molecules. In the 1960s, the University of Michigan's James McConnell trained planaria, small flatworms, to turn away from light. He cut up the trained worms and fed them to untrained worms. This group learned their task more quickly than another group fed untrained worms. McConnell reasoned that memory must therefore be stored

chemically. In pursuing the chemical basis of memory, researchers discovered that a laboratory animal's neurons contained more RNA, or ribonucleic acid, after learning took place. RNA, present in all cells, relays genetic information and builds proteins. Preventing or reducing the production of RNA impaired a test animal's ability to learn. But when the production of RNA was enhanced through chemical injection, the animal showed an improvement in learning.

Scientists soon realized, however, that RNA itself was not the key to memory. In the 1970s, Georges Ungar of the Baylor College of Medicine in Houston conducted experiments exploring the possibility that proteins made by RNA affect specific types of memory and mental functions. Although rats are normally nocturnal, Ungar trained them to avoid entering a darkened corner of a specially designed box. He analyzed extracts from their brains and found a new protein he named scotophobin, meaning "fear of darkness." In testing the protein's effects, Ungar found that only part of it — a smaller chain of molecules called a peptide — seemed to affect learning. He injected other rats with a synthetic form created from the peptide's basic elements. The synthetic scotophobin had the same effect. Ungar's findings suggested that a specific chemical might be linked to every learned skill. Other researchers produced similar results in goldfish, thus indicating a universal coding of the substance.

### A Memory Network

But the most influential theory, again by Hebb, proposes that memories are fixed in the nerve pathways themselves. Hebb suggested that the continuous flow of nerve impulses along a pathway or loop alters the synaptic connections in some way, perhaps causing new synapses to grow or altering those that already exist. When the electrical activity dies down, the new connections remain, creating a nerve network that stores a specific memory. Activating one or two neurons in the chain will tend to trigger the others and thereby bring the memory back to mind. Hebb's theory holds that it takes a certain amount of time for long-term memories to become fixed in the brain. During this period, a



1.

2.

3.

4.

memory exists as short-term electrical activity, capable of being disrupted and lost forever.

The imprinting of permanent memory, it seems, is linked to a specific part of the brain. In 1953, a young man called H. M. underwent an operation for epilepsy. The surgeon removed the hippocampus, a part of his brain thought to be causing the seizures. Although cured of epilepsy, H. M. could no longer store permanent memories. Old memories remained intact. His short-term memory also continued to function. But he would read the same magazine time after time, with no memory of ever having done so. New acquaintances were forever strangers; he could not remember them from one meeting to the next. He was a prisoner of the moment. "Every day is alone in itself," he noted, "whatever enjoyment I've had, and whatever sorrow I've had."

If man had to scan the full contents of his memory for information, the question "What is

*Released into a box with dark and light areas, the nocturnal rat naturally seeks a darkened corner (1). But electric shock conditions it to avoid this corner (2) and causes the production of a new peptide linked to the experience (3). An untrained rat, injected with a synthetic form of the peptide, also develops aversion to darkness (4). From such experiments, memory was thought to be stored in brain chemicals.*



*A. R. Luria, Soviet psychologist,*
*gained world renown from studies of*
*patients with severe brain injuries*
*that had stripped them of memory.*
*Luria helped them as they struggled*
*to piece together their shattered*
*world, and added to the knowledge*
*of brain localization. His patients*
*deeply touched him. They fought for*
*life, he wrote, "with a skill*
*psychologists cannot help envying."*

your name?'' might take hundreds of years to answer. Like a library, the brain has a method of cross-referencing its material. It tags memories with direct associations called retrieval cues that work like indexes to help find information. A walk along the seashore can stir up memories of a vacation spent at the beach; so can a picture of the ocean, the sight of a gull or a poem about the sea. People returning to their childhood home after many years often report feeling "flooded with memories." Scent also evokes powerful memories. A whiff of familiar perfume can stir up not only thoughts of an acquaintance, but feelings as well. Every place, every moment, is a link to the past. Memory provides the transport.

Most retrieval cues work unconsciously, following the many thoughts the mind pursues throughout the day. But retrieval cues are also used deliberately. A person asked to remember his activities on a specific day might look at a calendar to jog his memory, or mentally reconstruct the events hour by hour. Soon, his memory of the day takes shape, like a dream apparition rising into consciousness. While the importance of remembering is obvious, the value of forgetting might not seem so apparent. "If we remembered everything, we should . . . be as ill as if we remembered nothing," speculated imaginative nineteenth-century philosopher William James.

### The Man Who Could Not Forget

Some thirty years later, in the 1920s, a Russian newspaperman — known to science as S. — proved the horror of James's conjecture. S.'s memory astonished the Soviet psychologist A. R. Luria. After a series of tests, Luria concluded, "I simply had to admit that the capacity of his memory *had no distinct limits*; that I had been unable to perform what one would think was the simplest task a psychologist can do: measure the capacity of an individual's memory." S. effortlessly recalled long tables of numbers or words, each with as many as seventy items. Many years later when Luria retested him, S. recalled these same tables — in the original order, backwards and diagonally. Plagued by his memory, S. had to devise tricks to forget. He would conjure up a mental canvas and then hang it over images he

no longer wanted to remember. To rid himself of a list of numbers, he would write them on an imaginary blackboard and then erase them.

Unlike most people, who remember in both words and images, S. remembered in images alone. Requiring three or four seconds to "imprint" each image in his memory, he then read them with his "mind's eye." He could make these images bigger or smaller, alter their perspective and move them around. He would imagine walking a familiar Moscow street. As he walked, he would distribute the items around landmarks. He might place a pencil near a fence, a banner on a building, a shoe in a window. This technique was not foolproof, however. He once omitted the word *egg* from a list of memorized items because he had mentally placed it next to a white wall. When he called up the image of the street, he failed to notice the egg because it blended in with the wall. S. solved the problem by moving the egg to a contrasting backdrop and adding a mental street light.

More remarkable, S.'s memory was synesthetic. A rare phenomenon, synesthesia caused him to involuntarily experience mixed sensations of sight, sound, touch, taste and smell. Faithfully recording what he sensed of the world, S. remembered "cold sounds" and "rough colors." Once, when Luria asked him if he could find his way back to the research institute, S. nonchalantly replied, "Come, now. How could I possibly forget? After all, here's this fence. It has such a salty taste . . . such a sharp, piercing sound."

To those who did not know him well, S. seemed slow-witted. Simple conversations often confused him. Every word ignited an explosion of multisensory images that sent his mind off on tangents. He could not easily grasp such abstract ideas as infinity. And despite his prodigious memory, S. had a limited capacity for logical thought. He changed jobs frequently, eventually performing his bizarre power for audiences.

Aside from such rare cases, forgetting is commonplace. Without this ability, man's mind would be as cluttered with useless trivia as S.'s was. One psychologist who studied her own memory for six years concluded that while memory does regularly lose bits of information, it



*Researchers use the above photograph to test eidetic imagery, the ability to mentally recreate a complete visual experience. Commonly called photographic memory, it occurs mostly in young children but becomes relatively rare after puberty. After studying this picture for thirty seconds, some subjects can recall the exact number of branches on the evergreen tree.*

87



tends to retain important material. Memory, it seems, undergoes a continual spring cleaning.

The interference theory holds that stored memories can compete with each other. Interference may occur when older memories block the storing of new memory, or when new information blocks out older memories. Many people have found that sleep or quiet reflection helps them retain new information, perhaps by preventing interference. Not a new idea, the great Renaissance master Leonardo noted "the praiseworthy exercise" of lying "in bed in the dark to go over again in the imagination the outlines of the forms you have been studying."

The brain cannot retrieve what it has not stored. "The true art of memory," wrote Samuel Johnson, "is the art of attention." Psychologist Eric Klinger of the University of Minnesota has uncovered a revealing characteristic about man's attention. For more than seven years, he studied

the attention spans of his students. He asked them to write their thoughts every time a buzzer sounded. Klinger concluded that most people actually daydream about one-third of their waking time. He theorizes that daydreaming might really "be our normal mode of thought" and that "when we direct our thoughts the remaining two-thirds of the time . . . we have to make a special effort to do so."

Even the best memory is imperfect, changing shape and content over time. Memories are individual perceptions. Ten people who witness a crime may remember ten different versions of it. Through the process called constructive error, a person may combine actual recollections with suppositions and inferences to build a more complete yet false memory. Constructive error makes childhood memories grow more brilliant, more detailed with time. As an individual grows older and learns more about a specific event, the new

88



information becomes a part of the original re-membered event. Memory seems to be not only a guardian but a weaver of the past.

Without memory, time would be a meaning-less abstraction and every routine experience a venture into the unknown. One woman known as Sybil possessed sixteen distinct personalities. From childhood on, she would experience long blackouts when the personalities took control of her consciousness. After many years of therapy, her personalities finally merged into one. Only then did she experience the constant flow of time. Her new-found memory continually amazed and delighted her. "Just think, I've been here almost a year now," she wrote to a friend. "It is the first continuous year of my life. It's amazing how days fit neatly into weeks and weeks into months that I can look back on and remember." To patients once deprived of memo-ry, its return gives them a future as well as a past.

*Sybil, a woman with sixteen personalities, noted of one that "she has robbed me of my past." In control of her consciousness, many of them shared common interests, stored in memories beyond Sybil's reach. Several were artists whose drawings and paintings aided in her recovery. The depressed Marcia painted the self-portrait at left. A fearful, angry Peggy, in the center painting, portrayed Sybil's mother as a dark, powerful figure, while the home-loving Mary shows Sybil and her mother with childhood friends in the pastoral watercolor above.*

89



Chapter 7

# The Feeling Brain

For centuries, the brain has been regarded primarily as an organ of intellect and cold logic. The pulse of feelings — unruly emotions, sensual cravings and instincts were ascribed to other organs of the body. Sentiment was thought to be the heart's confection. Hunger seemed to emanate from the stomach; sexual desire, from the loins.

In reality, our passions and our drives are as much the brain's creation as are intellect and reason. They are all brought to life in a small amphitheater of tissue known as the limbic system. Inside a collection of parts that make up roughly one-fifth of the brain's area, the cold world of reality is transformed into a bubbling caldron of human feelings. The forces of fear, elation, grief, anger and lust arise from this most primitive region of the brain that evolved long ago.

The limbic system constitutes the middle layer of what neuroscientist Paul MacLean calls the "triune brain." In his model, the brain is composed of three concentric layers, each representing a different stage of evolution. The most primitive layer is the brainstem, sometimes called the reptilian brain because it is found in all vertebrates from reptiles to man. The brainstem regulates the vital body functions of heartbeat and respiration. Surrounding the reptilian brain is the limbic system, or old mammalian brain. The cerebrum, the most recent layer to evolve, swells around the limbic system. In man, the cerebrum is the center for higher thought processes.

The limbic system is also considered primitive because it is found in almost the same form in all mammals. So extensive are its connections to the nerves processing information about smell that scientists once called it the rhinencephalon, meaning "nose brain." But since the keenness of man's sense of smell is not as great as other animals', many scientists wondered why the limbic system occupied so large a part of the brain.

*Medusa, terrible monster and goddess of Greek mythology, captures the strength of human emotions in this first-century B.C. mosaic from Pompeii. Impulses surging from the limbic region of the brain imbue our lives with feeling.*

91



*A computer-generated, three-dimensional image of the limbic system recreates its shape. This display from the laboratory of Robert Livingston at the University of California at San Diego was made by computer analysis of tissue-thin cross sections cut on a device called a microtome.*

The limbic system, through extensive neural links, works with both the cerebrum above and the brainstem below. Its connections with the brainstem seem to help in maintaining a state of emotional balance and alertness. Connections between the limbic system and the cerebrum permit an interplay between reason and emotion. Generally, the two processes work in harmony, but the balance can be easily upset. The limbic system can become so highly activated that it overwhelms rational thought, making a person speechless with fury or joy. Through conscious control, a person can resist the urge to eat or drink, fight back tears or suppress sexual desire.

Linked together, the various parts of the limbic system encircle the brainstem like a wishbone. The hippocampus, fornix and parahippocampal gyrus make up the swollen lower tip of each fork. Attached to the interior tip of both forks is the almond-shaped amygdala. Suspended over each of the lower forks are two rounded structures — the septum pellucidum and mammillary body. Surrounding this wishbonelike structure, the cingulate gyrus sweeps down in a graceful arc, meeting the parahippocampal gyrus below.

Interwoven throughout the limbic system, nerve pathways send a continuous flow of electrochemical impulses that direct human drives and emotions. The hippocampus, essential in learning, converts information from short-term to long-term memory. It constantly checks information relayed to the brain by the senses and compares it to experience. The thalamus, an egg-shaped mass perched above the brainstem, bonds to limbic structures through abundant nerve links. A major relay station, it analyzes and passes information from sensory and motor nerves to the brain.

Nestled between the thalamus above and the brainstem below, lies a small cluster of nerve cells called the hypothalamus. Only the size of a thumb tip, its blood supply is one of the richest in the entire body. From it arise feelings of pleasure, punishment, hunger, thirst, sexual arousal, aggression and rage. "Had its functions been known in medieval times," muses writer Nigel Calder, "the hypothalamus would no doubt have been designated the Devil's playground."



Flared like a wishbone, the limbic system wraps around the top of the brainstem. From its many structures arise memory, pleasure, pain and the brain's ability to balance the extremes of emotion.

93



*Electrode's needle point, left, enables a brain surgeon to alter behavior and emotions. Probes set through the skull, opposite, can stimulate targeted tissue or destroy pain-producing areas with strong current.*

Through its connections with the brainstem, the hypothalamus maintains homeostasis, the body's internal equilibrium. It keeps body temperature at roughly 98.6 degrees by means of a complex thermostat system that reacts to messages from temperature-sensing skin receptors and impulses from heat-sensitive nerve cells near the front of the hypothalamus.

Hunger and thirst centers in the hypothalamus serve as the body's appestat. Here, tiny receptors, sense organs, track glucose levels in the blood. When supplies of this vital energy food plummet, the hypothalamus generates hunger pangs. Hypothalamic disorders may cause compulsive eating or loss of interest in food, depending on the particular hypothalamic region affected. The sensation of thirst arises through receptors measuring the salt level in the blood. With this sophisticated sensing system, the body constantly balances and replenishes itself.

### Pathways of Pain and Pleasure

Much of our knowledge of the limbic system stems from electrical stimulation of the brain, or ESB. More than a century ago, German physicians Eduard Hitzig and Gustav Fritsch applied a mild current to electrodes implanted in the cerebral cortex of a dog. Thus they found the brain centers that controlled specific motor functions.

In 1928, neurosurgeon Wilder Penfield began using ESB in operations for epilepsy and other human brain disorders. Probing the cerebrum, he elicited sounds and visions. Others later discovered that stimulation of the limbic system in patients provoked reactions ranging from anger and anxiety to euphoria, sexual interest and states of deep relaxation. "It would thus seem," MacLean wrote, "that the raw stuff of emotion is built into the circuitry" of the limbic system.

Above the hypothalamus is the amygdala, a mass of nerve cells thought to be related to feelings of rage and aggression. Electrical stimulation of the amygdala can incite fury. Its surgical removal turned a once raging, suicidal epileptic into a childlike, docile and apathetic man. But scientists are still not certain of the amygdala's precise role. Its removal does not always produce docility, nor does stimulation uniformly induce rage. Experiments suggest that the amygdala, like the hypothalamus, may possess sites for diverse emotions. One patient with a long history of violence and spells of rage screamed that he was "going wild" when doctors stimulated his amygdala. Yet when the current was applied only three millimeters away, he felt extremely relaxed, describing his mood as one of "detachment." British neurologist Peter Nathan hypothesizes that "the crude display of the rage reaction is organized by the hypothalamus. The amygdala brings subtlety into the reaction, modifying it according to the rapidly changing circumstances resulting from the aggressive behavior."

The septum, linked to the hypothalamus at the front of the limbic ring, appears to contain yet another limbic pleasure center. When ESB experimenter Robert Heath of Tulane University stimulated this limbic region of a man suffering from severe depression, the patient instantly felt cheerful. Cancer victims have received instant pain relief from septal stimulation. Heath has also found that brain-wave activity in the septal area intensifies during sexual arousal. Septal disorders, he believes, might account for anhedonia, an emotional disturbance which renders an individual incapable of experiencing pleasure.

94

prototype uses wireless technology to remove the risk of infection and that's the real drive of our work.

'The eventual aim would be to see these systems fully working so they are available to help patients communicate. That's the future.'



# Customer Copy
# SERVICE INVOICE WORK ORDER #: 0474633242
## Current Work Order Status: Closed and Picked up

`Print`   <u>Return to Menu</u>

## Edit Work Order Status:

| Closed and Picked up | 🔻 |

*Work Order must be complete before invoice will print.*

| | | | |
|---|---|---|---|
| **Store Number:** | 474 | **Associate Name:** | BR |
| **Store Address:** | Del Norte Market Place 11545 San Pablo Ave El Cerrito , CA 94530 | **Store Phone #:** | (510)231-0388 |

## Customer Information

| | | | |
|---|---|---|---|
| **Service Request For** | | **Original Submit Date** | 6/24/2009 |
| **Customer First Name** | Joseph | **Customer Last Name** | Whip |
| **Customer Home Phone#** | 760-802-7440 | **Customer Business Phone#** | 888-727-7774 |
| **Address** | P.O. Box 245 Station 8 Richmond,CA 94808-0245 | | |
| **Email** | whipjrii@yahoo.com | **CSO Number** | |
| **Original Date of Purchase** | | **Original Transaction #** | |
| **Service For** | In Store | **Case Number** | |
| **Product** | Laptop | **If other (brand)** | |
| **Boot Password** | | **Brand – Model** | HEWLETT PACKARD , Pavilion dv6604nr |
| **Permission to Format/Recover** | N | **Serial Number** | CNF7356XN7 |
| **Item(s) left by Customer** | AC Adapter, | **Perform Backup** | N |
| **Did Machine Boot Properly?** | Y | | |

## Service Details

| | | | |
|---|---|---|---|
| **Technician:** | Andrew Escobar | **Complete Date:** | 6/30/2009 |

## Description of Services:

Customer got computer serviced at an independent shop and it seems they left a backdoor open to access the computer later on. Weird errors such as

## Invoice Details

| QTY | Description | Sku # | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1 | Diagnostic Testing | 441278 | $69.99 | $69.99 |
| Subtotal: | | | | $69.99 |
| | Grandtotal: | | $69.99 | |

## Checklist

| | Description |
|---|---|
| √ | Are customer parts and accessories OK for pickup? |
| √ | Has a Post Diagnostic been performed? |
| √ | Has the Oil Change decal been attached? |
| √ | System Analysis report run and printed out? |

**Customer Signature Completion:**

**DATE:** 6/30/2009

Print

The strange back door was open(me)
and the weird erros was a hacked Huma
PC Virus. This man Hugh machwas
assigned to me as an ally spy for
Jonah mantranaga because my
mantranaga because my
computer was never fixed. It was
hacked for Brain mind control
purposes only. This man can because
loose his life if caught because
of what he does.

rosie riveter demonology human pc virus - ...                    http://www.google.com/search?hl=en&q=ro...

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                    Web History | Search settings | Sign in

    rosie riveter demonology huma    Search

About 11,200 results (0.48 seconds)                    Advanced search

**Everything**

More

**All results**

Related searches

More search tools

### Middle School Book Reviews - Tempe Public Library
All history books mention **Rosie** the **Riveter** and her campaign to inspire women ...
**human** ingenuity, and a deal with an evil, ruthless American businessman. ...
www.tempe.gov/youthlibrary/middleschool/msbkreviews.htm - Cached - Similar

### 'Housewife, 49' is a compelling story of a woman's awakening ...
Mar 14, 2008 ... But **Rosie** the **Riveter** wasn't only an American phenomenon. ... I Am
Legend 2½ stars (PG-13, 2007) A doomsday **virus** threatens to sweep all of ... one
person: the immune Will Smith, who is the last living **human** in New York. ...
blog.nola.com/.../2008/03/housewife_49_is_a_compelling_s.html - Cached

### AOBG » Bond Breakdown #06: On Her Majesty's Secret Service (1969)
Dec 22, 2009 ... Tracy channels **Rosie** the **Riveter** and ends this oppressor of ... To
achieve this, he has created a bacterial super-**virus** that will ...
www.allouttabubblegum.com/main/?p=3956 - Cached

### Article – "Science Fiction, Fantasy, Artifacts & Gadgets: Just the ...
... Fiction – "**Rosie** the **Riveter** Saves the Day! .... All the rest is just normal **human**
conduct, with confrontations between cultures ... He could interact with the **human**
characters, and provides all sorts of opportunities for conflict. ...
crossedgenres.com/.../artifacts-gadgets-just-the-basics-by-craig-allen/ - Cached

### Millennial Men: The Product of Mass Marketing, Technology and ...
These have been blurring since the end of World War II when the men came marching
home and expected **Rosie** the **Riveter** to get back to waxing the linoleum. ...
www.aliciapatterson.org/APF2004/Kempley/Kempley.html - Cached - Similar

### Videos — Department of History, The University of Memphis
Mar 20, 2009 ... The Life and Times of **Rosie** the **Riveter**, An examination of women in
the ... **Rosie** the **Riveter**, production, manufacturing, employment, women, ...
history.memphis.edu/videos.html - Cached - Similar

### MajorGeeks.com - Download Freeware and Shareware Computer Utilities.
Intel expected to unveil chip designs for new **PCs** ... Computer **virus** writers at war,
security firm says ... Car computer systems at risk to **viruses** ...
majorgeeks.com/archive.php?id=200508 - Cached - Similar

### Original PoG Episode Guide
Apr 22, 2010 ... The Spirit). Trina Robbins (artist, **Rosie** the **Riveter**), ... "Language is a
**virus** from outer space" - William Burroughs. ...... so this week he delves into the
workings of the **human** brain and the explores the ...
www.reocities.com/canadian_sf/pages/Julie/pogepguide.htm - Cached

### LowPings.net » Counter-Strike: Source News
Jun 21, 2010 ... into a Day of Defeat server would be a **Rosie** the **Riveter** rhythm action
game. ... If it was any further removed from the idea of **human** interaction it'd be .... The
entirety of **PC** gaming operates on a sliding slope of ...
www.lowpings.net/.../counter-strike-source-news - 17 hours ago - Cached - Similar

### The Virtual Toy Chest: Rediscover Your Childhood
... Roller Warriors · ROM The Space Knight *; Romance of the Three Kingdoms; Ronin
Warriors · The Rookies * · Rough Riders *; **Rosie the Riveter** ...
www.virtualtoychest.com/ - Cached - Similar

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾          Web History | Search settings | Sign in

Google      what is 187                    Search

About 81,700,000 results (0.36 seconds)          Advanced search

**Everything**

More

Web definitions for **187**


* Septimus Severus, (born Leptis Magna), is named legate of Lyonnaise Gaul. *
Another plague hits Rome. ...
en.wikipedia.org/wiki/187 - Definition in context

What does **187** mean? - **187** Definition - Meaning of **187** ...
Ever wondered what **187** means? Or any of the other 4926 slang words, abbreviations
and acronyms listed here at Internet Slang? Your resource for web acronyms ...
www.internetslang.com/**187**.asp - Cached - Similar

**187** (murder) - Wikipedia, the free encyclopedia
**187** is a numeric code for the crime of murder. It is primarily used by law enforcement
officials in the U.S. state of California—especially police, ...
Typical usage - Media references - See also - References
en.wikipedia.org/wiki/**187**_(murder) - Cached - Similar

California Proposition **187** (1994) - Wikipedia, the free encyclopedia
California Proposition **187** (also known as the Save Our State (SOS) initiative) was a
1994 ballot initiative designed to create a state-run citizenship ...
en.wikipedia.org/wiki/California_Proposition_**187**_(1994) - Cached - Similar

**What is 187** | ChaCha Answers
ChaCha has the answer to this question: **What is 187** Answer: One eighty seven, or
**187**, **187** is the police code for homicide. Than... ...MORE...
www.chacha.com/question/what-is-**187** - Similar

IS **187** - Christa McAuliffe Intermediate School - Homepage
Jun 14, 2010 ... Over the years, IS **187** Christa McAuliffe has tirelessly volunteered their
time and energy raising money and collecting donations for St. ...
www.is**187**.com/ - Cached - Similar

**What is 187**+738 and estimate the answer | Answerbag
Jan 31, 2008 ... **What is 187**+738 and estimate the answer **187**+738 = 925 Estimate
the answer to check you've got it right. You can do it several ways: **187** is ...
www.answerbag.com/q_view/577469 - Cached - Similar

One Eight Seven (1997)
☆☆☆☆☆ Rating: 6.5/10 - from 8,951 users
Includes user ratings and comments, taglines, plot outline, cast and credits.
www.imdb.com/title/tt0118531/ - Cached - Similar

I.S. **187** - Brooklyn, New York - NY - School overview
IS **187** located in Brooklyn, New York - NY. Find IS **187** test scores, student-teacher
ratio, parent reviews and teacher stats.
www.greatschools.org/new-york/brooklyn/1898-I.S.-**187**/ - Cached - Similar

what is PC **187**? - WriteAPrisoner.com Forum
5 posts - 3 authors - Last post: Sep 19, 2005
Hiya I have a friend who wants to write to one of the 'new' inmates on this forum's site,
but we don't know fully what a PC **187** is.
www.writeaprisoner.com › ... › General Prison Talk - Cached - Similar

**What is 187** pounds in kilograms? - True Knowledge
What is the equivalent of the mass **187** pounds in kilograms (one thousand grams; the
SI unit of mass)?
www.trueknowledge.com/q/what_is_**187**_pounds_in_kilograms - Cached



6/27/2010

Time of meds/treatment solution/ SID

ANDERSON, AMY L. (00426864)

| Time | Status | Department | Prov/RS | Epic Visit ID | MISC. PROC CHAR | MISC. PROC CHAR |
|---|---|---|---|---|---|---|
| 04/07 12:05 | 5 | "Can" | Chart Check# 000187 | | 79252729 | |
| 07/23 12:05 | 5 | "Can" | Chart Check# 000187 | | 818 | 396 |

a file cabinet
fill and fill patients of
basic records

healing
human minds
remotely
SPEDonPressure site
Pressure site
within ceilings

BF solar

human

window ID

as Human

I order records then cancelled
mystery is why?
ordered medical profile
for vital anatomy
had me go to Detoso
visit for a car tune
up/ op/solar autonomy
with mediation
= electrical human
solution of
an PC virus of
mediation/adiation

Time/pressure solar
solar & vital

WMP

human &
station &

John Suler's *The*
*Psychology of*
*Cyberspace*

This article was first
created in May 97;
revised in Sept 04 (v2.0)


Jump menu for this book

## The Final Showdown Between
## In-Person and Cyberspace Relationships

The new social frontier
The word
Listen carefully (hearing)
Seeing is believing
Can I hold you in cyberspace? (touching)
Getting real close! (smelling and tasting)
Putting it all together (sensory integration)
Read my mind (intuition)
Defending text and the body
The final showdown



Whether you like it or not, cyberspace has become the new frontier in social relationships. People are making friends, colleagues, lovers, and enemies on the Internet. The fervor with which many people have pursued this new social realm is matched by a backlash reaction from the skeptics. Relationships on the Internet aren't really real, some people say - not like relationships in the real world. Socializing in cyberspace is just a cultural fad, a novelty, a phase that people go through. The critics say it can't compare to real relationships - and if some people prefer communicating with others via wires and circuits, there must be something wrong with them. They must be <u>addicted</u>. They must fear the challenging intimacy of real relationships.

Is this true? Is it true that "real" relationships are intrinsically superior to relationships in cyberspace? Or might relationships in cyberspace in fact be better?... Here is the showdown for us to explore.

But first, let's first settle on some terms. What exactly should we call relationships in cyberspace and relationships in the "real" world? Right off the bat, I'm going to discard the term "real" because it already biases our discussion in favor of relationships in the physical world. Whether or not those relationships are more "real" is the very issue at hand. The same is true of "virtual relationships" because the word "virtual" implies that those relationships are somehow less-than or not quite up to snuff. Some people like to say "face-to-face relationships" (ftf, f2f). I'm not particularly thrilled by that term either, because video conferencing on the Internet surely allows people to present their faces to each other. We could say "physical relationships," although that conjures up images of wrestling and sex.

I've already given away my preference for a term, as you have probably guessed - unless you let the title of this article slip right by you. I like "in-person relationships" because it captures

**UNIVISION Radio**

AirCheck ™
- Scheduled -

Advertiser:  MATADOR PRODUCTIONS

These scheduled times are approximate; actual air times may vary.

| Date | Station | Market | Scheduled | Line | Length | Spot | Product |
|------|---------|--------|-----------|------|--------|------|---------|
| 06/17/2010 | KVVF-FM | San Francisco | 1114AM | 2 | 60 | :60 6/17-6/18 | :60 6/17-6/18 |
| 06/17/2010 | KVVF-FM | San Francisco | 1242PM | 2 | 60 | :60 6/17-6/18 | :60 6/17-6/18 |
| 06/17/2010 | KVVF-FM | San Francisco | 145PM | 2 | 60 | :60 6/17-6/18 | :60 6/17-6/18 |
| 06/17/2010 | KVVF-FM | San Francisco | 712PM | 3 | 60 | :60 6/17-6/18 | :60 6/17-6/18 |
| 06/17/2010 | KVVF-FM | San Francisco | 813PM | 3 | 60 | :60 6/17-6/18 | :60 6/17-6/18 |
| 06/17/2010 | KVVF-FM | San Francisco | 945PM | 3 | 60 | :60 6/17-6/18 | :60 6/17-6/18 |

# smartplanet

# Is infecting a human with a PC virus a big deal?

By Boonsri Dickinson | May 27, 2010 | 5 Comments

**Mark Gasson** claimed to be the first human infected with a PC virus.

Others grumbled at his publicity stunt.

Last year, Gasson had a Radio Frequency Identification (RFID) chip implanted into his left hand.

As part of an experiment looking into possible security risks of implants, Gasson purposely infected himself with a "benign" computer virus to show that bionic devices can be ill struck with viruses.



RFID chips are basically tiny computers. The microchips are commonly used to track items for commercial and security reasons, but experts have previously dismissed possible threats — they believed the memory of the RFID chips couldn't support a viral attack.

However, University of Reading's Gasson has demonstrated otherwise.

Normally, the RFID tag puts out a signal that lets *only* Gasson use his cell phone and access parts of his lab. However, after Gasson's chip was infected, he went into his lab and infected the computers that read his code. *GPS tracking device on my Brain from*

Once the virus was in the main database, it replicated — as viruses do. And so when Gasson's lab mates swiped their card in for entry, their RFID readers picked up the virus. Wow, now that's a major security loophole. *to Remote/ sub Et GNome. Jonah Mantranaga*

"By infecting my own implant with a computer virus we have demonstrated how advanced these technologies are becoming and also had a glimpse at the problems of tomorrow," Gasson says in a statement. *Shut you down with viral disease of cell Hacked Brain*

Now, imagine what would happen if bionic implants such as pacemakers and deep brain stimulator became infected. As more machines make their way into our bodies, PC virus threats should not be ignored.

*virus is for mind controling a subject from there have the ability to create a sophisticated SID) sickness in D*



The Sandwiches

Next up was **The Sandwiches**. They seem to be building a fair amount of hype between the Gorilla Vs Bear coverage and their lo-fi surf sound that draws similarities to 60s beach pop. They calmly and quietly played a handful of their lighthearted tunes in a short 30 minute set. It was a delightful set for a sunny mid-afternoon in Texas.

For entire picture collection, click **here**.

**[mp3] The Sandwitches - back to the sea from How To Make Ambient Sadcake (2009)**

reluctant to bang the little pop singer who clearly wants a personal drumming lesson. Still, after all is said and done, the Dolphster rides off into the sunset with the girl. I guess the life or death situation showed him what was important in life. Plus, his badmates were all dead by this point, so what else is the guy gonna do? At least she can further his career, right?

# [EXPLOITATION AND MISOGYNY]

Without going too far into the specifics of pop music in general, I'll just say that it's a misogynistic machine that turns kids into sex objects and adults in perverts. This film only reinforces that interpretation.



The main bad guy frequently refers to every woman simply as "bitch". This is done several times during the film and is actually pretty damn funny. Especially with his accent. With the sole exception of a military woman who is seen several times throughout the film, the women of **Command Performance** are all shown as either mindless followers, superficial, or unsympathetic opportunists. The movie's pop star character, Venus (so, you know, right there...), sells out her looks and talent for millions of dollars rather than do anything creative.

...Of course, now that I think of it, that's probably not such a bad idea.

## [EPIC MOMENT AND BEST ONE-LINER]

The terrorists have taken some of the hostages to the stage, where they plan to execute them. But rock and roll drummer Joe is having none of that. He cranks the amps on the stage, plugs in a guitar, and takes out the bad guys with the power of ROCK!

GNOME BATTERY CELLS BRAIN HACKER...                    http://www.google.com/search?hl=en&q=...

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                    Search settings | Sign in

 GNOME BATTERY CELLS BRA  Search

About 60,200 results (0.43 seconds)                    Advanced search

**Everything**

More

**All results**

Wonder wheel

### Mobile Phone Hack: How To Improve **Cell** Phone Reception
I grew suspicious because there was nothing wrong with the **battery**, it has been
working fine for last 6 years. ... **Cell**-Phone Emissions Excites **Brain**; Warning For
Epilepsy .... **Gnome** Desktop, Google, Google Analytics, Green Technology ...
blog.taragana.com/.../mobile-phone-hack-how-to-improve-**cell**-phone-reception/ -
Cached - Similar

### First thought reading **brain** chip implanted in US
Feb 9, 2010 ... Teenage whiz-kid **hacker** gets a straight job · CBI questions Rajus, ...
August 13th, 2005 Pig **brain cells** could be implanted into human **brains** in USA by
... Regulators cleared Thoratec's HeartMate II, a **battery**-powered device that is ....
**Gnome** Desktop, Google, Google Analytics, Green Technology ...
blog.taragana.com/.../first-thought-reading-**brain**-chip-implanted-to-a-paralysed-
man-in-us/ - Cached - Similar

Show more results from blog.taragana.com

### » **GNOME** Context Switch
... the utter **brain** damage of connecting signals by overloading the plus operator. ... it
should definitely become one of the first class citizens of **GNOME**. .... I decided that the
lifespan of my laptop's **battery** was more important than ...
blogs.**gnome**.org/ebassi/category/hacking/**gnome**/page/2/ - Cached

### Top 5 Netbook Linux Distributions | Internetling
Feb 14, 2009 ... It's the GoblinX with a **GNOME** Netbook interface. .... 2 hours 15
minutes (give or take)+ on 3 **cell battery**, and that is with constant use ..... It kills mah
**brain**! I plan to use my desktop computer as a gentoo binpkg server for my netbook ....
And equipped of all that **hacker's** toolkits. Interesting. ...
www.internetling.com/.../top-5-netbook-linux-distributions/ - Cached - Similar

### Slashdot | Getting Better **Battery** Life w/ Linux?
Mar 9, 2004 ... Also, what desktop settings (both for **Gnome** and KDE) would work best,
for this situation? .... Get a new **battery** or replace the **cells** in your **battery**. ..... For
no-**brain** hassle of running Linux on a notebook computer, ...
ask.slashdot.org/article.pl?sid=04/03/09/215244 - Cached - Similar

### linux.conf.au 2004
Martin Poole has subsequently put up some photos that include the **GNOME** portion ...
of who **hackers** tend to design for and who really wants to use our products. ... race
with his **battery** — they found me wandering about the streets and we moved ... useful
stuff with only a little equipment and a lot of **brain** power. ...
people.**gnome**.org/~malcolm/lca-writeup/ - Cached

### Hack **cell** from bluetooth devices .... « SOMNATH SINGH
Jan 9, 2010 ... KMobileTools also displays the **cell** phone's **battery** charge ... Not to be
outdone by KDE, the **GNOME** desktop also provides a .... Scientists figure out how
**brain** encodes memories Reaction of girls when boyz propose them » ...
somnathsingh.wordpress.com/.../hack-**cell**-from-bluetooth-devices/ - Cached

### linfati.cl » Programas para el Nokia N900, the **hacker** gadget.
Jun 11, 2010 ... You can use it to know what discharges the **battery** most, like wi-fi, ....
**Brain** Party – A series of tests to measure your **brain** weight. ...
www.linfati.cl/.../programas-para-el-nokia-n900-the-**hacker**-gadget/ - Cached

### The tech and other cents: 10 beautiful female **hackers** in the movies
Dec 31, 2007 ... Chloe O'**Brain**, 24 Series Not very social, but very skilled computer ...
Don't let your favorite female **hacker** to vanish unrecognized! ...

MONZILLA ALLYS OF GNOME - Google S...          http://www.google.com/search?ie=UTF-8&...

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾          Search settings | Sign in

     MONZILLA ALLYS OF GNOME   Search

About 13,000 results (0.37 seconds)          Advanced search

Everything

More

Did you mean: *MOZILLA ALLIES* OF GNOME

### Mozilla accessibility on Unix/Linux
by L Zhao - 2005 - Cited by 2 - Related articles
Aaron Leventhal **Mozilla Ally** Architecture, <u>http://www.**Mozilla**.org/access/
architecture/</u>. 5. <u>http://www.xulplanet.com/</u>. 6. **Gnome** Onscreen ...
portal.acm.org/citation.cfm?id=1061811.1061829

[ODF] finance/GNOME2009-budget-with-actuals.ods - The **GNOME**
Foundation
File Format: OpenDocument - View as HTML
**ally** Flavio Percoco - $6000.00. -$6000.00. programs. Friends of **GNOME** as of. 03/
05/09. $5333.00. 01/21/09. GUADEC travel - Alberto Carlos Ruiz Ruiz - ...
foundation.**gnome**.org/finance/**GNOME**2009-budget-with-actuals.ods

### Stuff Michael Meeks is doing
Seemingly eventually the **GNOME** vision won (for now), ..... the instinct is often to try to
suppress and coerce such potential partners and **allies**. ..... **Mozilla's** MPL / LGPL).
You should also strongly consider choosing a copy-left ...
people.**gnome**.org/~michael/blog/copyright-assignment.html - Cached

### Installing SuSE 10.0 [Archive] - AnandTech Forums
17 posts - 6 authors - Last post: Jan 21, 2006
I use **Gnome** with all my OS's it's my personal fav. .... but the old firefox is stored at
/opt/**mozilla**/firefox last time I recall. ...
forums.anandtech.com/archive/index.php/t-1791551.html - Cached

### Martin's Chronicles: And thus the browser war hath started
Jul 17, 2009 ... **Mozilla** is that **ally**. The technical issues can be fixed with a bug report.
... **Gnome** Shell in F13 — Better But Still Not For Me ...
mso-chronicles.blogspot.com/.../and-thus-browser-war-hath-started.html - Cached

### Should **Mozilla** use Freenode for IRC communication? : Open Buddha
Jan 11, 2010 ... The current situation with irc.**mozilla**.org feels like a semi-private ... It is
a public server, yes, but it is cut off from many of our natural **allies**. ... You're leaving out
the entire **GNOME** project, which uses GIMPnet, ...
www.openbuddha.com/.../should-**mozilla**-use-freenode-for-irc-communication/ -
Cached - Similar

### Linux Today - MozillaZine: **Mozilla** Seeks Alliances with **GNOME** and ...
Apr 7, 2004 ... MozillaZine: **Mozilla** Seeks Alliances with **GNOME** and Other Open
Source ... We need strong leadership and external **allies**, if we are to ...
www.linuxtoday.com/news_story.php3?ltsn=2004-04-07... - Cached

### Gnome maya » Download - Rapidshare - Hotfile - Filefactory
Although a peaceful, woodland folk, the **Gnomes** learned much from their close **allies**,
the Dwarves, about defending themselves. **Gnome** Village Guardhouse is an ...
www.heroturko.org/dl/**Gnome**-maya/ - Cached

### **Mozilla** Looking to Forge Alliances with **GNOME** and Other Open ...
Apr 6, 2004 ... How would the **Mozilla** and **GNOME** parts communicate and
interoperate? ... but after all, I think marcoos is not an enemy, but sort of an **ally**. ...
www.**mozilla**zine.org/talkback.html?article=4584 - Cached - Similar

### Idea #5321: "Remove Yahoo search engine from Firefox quicksearch ...
Mar 21, 2010 ... Google is our great **ally** who host Google Summer of Code, contribute,
etc. ... **Mozilla** is. Ubuntu can't change them and still call it firefox ...

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾          Web History | Search settings | Sign in



why would a hacker use a circu    Search

About 190,000 results (0.34 seconds)          Advanced search

**Everything**

More

Sponsored links

Ask an Electrician Online
12 Electricians Are Online!
Ask a Question, Get an Answer ASAP.
Electrical.JustAnswer.com

See your ad here »

### Governor Palin's Email **Hack**: Federal Statutory Law : Internet ...
Since prosecution of Palin's **hacker would** proceed to California's Ninth **Circuit**, which covers Alaska cases, her prosecutors **would** file **charges** there. ... The **hacker** did **use** fraudulent means to break into Sarah Palin's email account to ...
www.ibls.com/internet_law_news_portal_view.aspx?s...id...
- Cached - Similar

### Tina Baine, DIY: Julia Child was a **hacker** - Santa Cruz Sentinel
Jun 5, 2010 ... A **hacker** -- the hobbyist kind --does not have a negative association. ... Children are learning to solder **circuit** boards right next to adults. ... According to one member, "If it's not nailed down you can **use** it." They currently have about 150 members, and **charge** a monthly membership fee to cover ...
www.santacruzsentinel.com/localnews/ci_15232951 - Cached

### I-**Hacked**.com Taking Advantage Of Technology - DIrtY MIRT (Do It ...
Jul 14, 2005 ... The device the "mysterious **hacker**" is **using** to change all the RED ... A FELONY **charge** with up to TWO YEARS in jail and a fine of $10000 for ... I suggest you build the timing **circuit** first, as it is the most complex. ...
www.i-**hacked**.com/content/view/176/44/ -
Cached - Similar

### Juvenile Computer **Hacker** Cuts Off FAA Tower at Regional Airport
Federal criminal **charges** were unsealed today against a computer **hacker** who ... If the **circuit** breaker box is disabled, however, none of the lights and outlets in the ... The U.S. Secret Service **would** like to recognize the invaluable assistance ... during which he may not possess or **use** a modem or other means of ...
www.justice.gov/criminal/cybercrime/juvenilepld.htm - Cached - Similar

### **Hacker** News | Ask HN: **Hack** an Iphone **using** a power line communication?
More accurate **would** be the **charging** voltage or supply voltage. ... wire with a similar **circuit**, and will **use** a separate channel to transfer this information ...
news.ycombinator.com/item?id=1376846 - Cached

### Court: Disloyal Employees Not **Hackers**
Sep 21, 2009 ... A court ruled that **using** business data after quitting a job doesn't constitute "**hacking**. ... According to Ninth U.S. **Circuit** Court of Appeals, the Computer Fraud ... I think that if they had

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                    Search settings | Sign in

          why would a  scientist use a co   Search

About 1,180,000 results (0.23 seconds)          Advanced search

**Everything**

More

The 'telepathy' chip that lets you **control computers using** power ...
All in the **mind**: The 'telepathy' chip that lets you turn on the TV **using** ... 'What we have
designed **would** allow them to **control** a **computer** with their thoughts. .... Revealed:
How bubbles really pop (and you don't have to be a **scientist** ...
www.dailymail.co.uk/.../The-telepathy-chip-lets-**control-computers-using**-power-
thought.html - Similar

Brain–**computer** interface - Wikipedia, the free encyclopedia
Experiments by **scientists** at the Fraunhofer Society in 2004 **using** neural ... Philip
Kennedy founded Neural Signals in 1987 to develop BCIs that **would** allow ..... **using**
EEG to communicate with minimally conscious patients; **Mind Control**, ...
en.wikipedia.org/wiki/Brain–**computer**_interface - Cached - Similar

**Mind-Control** Coming To A **Computer** Near You? - Technology News ...
Mar 4, 2010 ... The man **controlled** flippers with ease without the **use** of his hands. ...
**Scientists** are researching potential ways the technology **would** be ...
www.redorbit.com/.../**mindcontrol**_coming_to_a_**computer**_near_you/ - Cached

New **Scientist** Technology Blog - New **Scientist**
You might think handing out rating for sites about science **would** be easier, .... It wasn't
until the 1970s and early 1980s that **computer scientists** began to hear whispers of ...
in which the CIA really did use drugs for **mind control**, ...
www.news**scientist**.com/blog/technology/ - Cached - Similar

PC versus MAC? Are **scientists** switching to MAC? - The **Scientist** ...
20 posts - 9 authors
The majority of software I have and **use** is for **PC**, not Mac (e.g. Endnote, .... and things
you can alter in the "MAC's **Control** Panel" to a "Windows **Control** Panel" ... If you were
on a Windows **PC** you **would** be offered an option to try to ..... Everyone needs to keep
in **mind** however Microsoft Windows is the only OS to ...
www.the-**scientist**.com › Forum Index › Miscellaneous - Similar

BCI2000 Lets Your **Mind Control Computers** | Singularity Hub
Sep 2, 2009 ... BCI 2000 lets you **control computers** with your **mind**. ... **Scientists** can
**use** BCI2000 to improve the clarity in their biosignal processing, ... The less invasive
procedure **would** certainly be more popular if it could provide ...
singularityhub.com/.../bci2000-lets-your-**mind-control-computers**/ - Cached - Similar

The Army's Totally Serious **Mind-Control** Project - TIME
Sep 14, 2008 ... Army **scientists** want to cram this array of brain-wave reading sensors
into a helmet. ... developing "thought helmets" that **would** harness silent brain waves ...
pile of squiggles on a **computer** screen — that **scientists** will study to ... Finally,
because every person's EEG is different, persons **using** ...
www.time.com/time/nation/article/0,8599,1841108,00.html - Similar

On the Effectiveness of Aluminium Foil Helmets: An - MIT
1: Electrical Engineering and **Computer** Science department, MIT. ... been **using**
satellites to read and **control** the **minds** of certain citizens. The **use** of aluminum
helmets has been a common guerrilla tactic against the government's ... The authors
**would** like to thank Andy (Xu) Sun of the MIT Media Lab for helping with ...
people.csail.mit.edu/rahimi/helmet/ - Cached - Similar

Ultimate Human **Computer** Interface - **Mind Control**: Research on Mind ...
Oct 11, 2009 ... Imagine how simple dating **would** be, no assumptions, no reading book
on ... **Scientist uses** EEG to send tweet in a brain-**computer** interface! ...
blog.taragana.com/.../ultimate-human-**computer**-interface-**mind-control**-research-
on-**mind-control**-thought-reading/ - Cached - Similar

**CA Department of Health Services**
**Richmond Campus**
**850 Marina Bay Parkway**
**Richmond, CA 94804**



# RICHMOND LABS
# EMERGENCY RESPONSE
# PLAN
# (BUILDINGS A-K)

**Prepared By:**

**Facilities Management Section**
**Revised October 2006**

# DHS RICHMOND CAMPUS

## RIGHMOND LABS EMERGENCY RESPONSE PLAN (BLDGS. A-K)

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Emergency Call Directory | 1 |
| Emergency Response Flow Chart | 2 |
| General Information and Procedures | 3 |
| Building Operational Data | 4 |
| Functions/Duties of Command Center, Evacuation Assembly Area, Emergency Team | 6 |
| Evacuation Procedures – Life Threatening Situations | 9 |
| Evacuation Procedures for Persons Needing Special Assistance | 10 |
| Procedures for Other Emergency Situations (Power failure/ Water Shutdown) | 10 |
| After Hours/Overnight/Weekend Emergencies | 11 |
| Personal Preparedness | 11 |
| Emergencies Affecting Shuttle Service | 12 |
| Medical and First Aid Emergency | 12 |
| Fire/Damage Control | 13 |
| Earthquake | 14 |
| Laboratory Animal Emergency Response | 15 |
| Hazardous Materials Releases/Spills | 15 |
| Industrial Chemical Release ("Shelter-In-Place") | 17 |
| Bomb Threats Received by Telephone | 19 |
| Bomb Threats Received by Mail | 20 |
| Hostage | 21 |
| Explosions/Assaults/Telephone Usage | 22 |
| Weapons/Civil Disturbance or Demonstration | 23 |
| Power Failure | 24 |
| Crime and Property Loss | 25 |
| Water Damage | 26 |
| Appendix A: Emergency Personnel Assignments | 28 |
| Appendix B: Site Plan - Evacuation Routes/Assembly Areas | 35 |

# EMERGENCY CALL DIRECTORY

In case of FIRE, EARTHQUAKE, BOMB THREAT, MEDICAL EMERGENCY, ASSAULT, or any other emergency situation requiring IMMEDIATE ATTENTION:

## EMERGENCY NUMBERS

Local Police

Fire Department

Ambulance

Bomb Squad

**DIAL
9+9-1-1**
(Security <u>must</u> call when alarm sounds)

Available 24 hours a day including weekends and holidays

CHP Dispatch – (707) 551- 4100

Lobby Security – 307- 8409 (to be used for emergencies only)

## GIVE THE FOLLOWING INFORMATION:

1) TYPE of Emergency (Medical, Police, Fire):

2) ADDRESS (Include cross streets):  850 Marina Bay Parkway (Cross St. Meeker Ave.)
Richmond, CA 94804

3) BUILDING, FLOOR, and ROOM number:

4) Your TELEPHONE number:

5) Your NAME:

6) After call is completed and 9-1-1 Operator has no other questions, call Security.

7) Inform Security of emergency and that you have called 911.

8) Security calls CHP Dispatch and informs of emergency [(707) 551-4100].

9) Security then notifies Emergency Coordinator or Alternate Coordinator.

NON- EMERGENCY NUMBERS:

Richmond Police Department – (510) 233-1214

Richmond Fire Department – (510) 233-5224

# GENERAL INFORMATION AND PROCEDURES

## INTRODUCTION

The purpose of this plan is to establish a continuing state of readiness for the protection of employees and others within the Richmond Campus in the event of an emergency situation such as a medical emergency, fire, earthquake, bomb threat, explosion, hazardous release, or power/water outages. The primary objective in an emergency situation is to make sure that everyone remains safe.

In order to meet this objective, emergency teams have been assembled. Thorough training and planning allows them to act in a calm manner and to function more efficiently as a team. **NOTE: In the event of an emergency requiring evacuation, emergency team monitors shall perform their duties only as long as it is safe for them to do so. All employees are responsible for following procedures as outlined in this manual. Emergency monitors are not responsible for enforcing evacuation of any individual.**

This handout tells whom to call in an emergency, explains general evacuation plans, and describes the organization of emergency teams. It then outlines the procedures for dealing with specific emergencies.

## TRAINING

All employees shall receive a copy of the Building Emergency Response Plan within 6 months of hiring and are required to participate in annual emergency response drills and evacuation procedures as outlined in the plan. An additional copy of this document is available in the Facilities Management Office for review.

Hazardous materials handlers shall be trained by their supervisors and by FMS Health and Safety Unit personnel in the proper use and locations of emergency equipment, personal protective equipment and Material Data Safety Sheets. Refresher training is provided as necessary. Training shall be documented and retained for a minimum of three years.

**Responsible Personnel:**
Gary Gascoigne – Chief, Facilities Management Section (FMS) – 307-8420
Terry Berger – Chief of Plant Operations – 307-8414
Janis Thomas – Facilities Manager – 307-8413
Program Managers or Designees
FMS Health and Safety Officers (see Pg. 16)

## AUTHORITY

The California Highway Patrol (CHP) has jurisdiction over those matters related to the security of state officers, property and occupants of state property pursuant to Government Code 14615(B). The CHP may also establish rules and regulations pertaining to the protection of state employees, properties, buildings and grounds, and occupants of state properties. In state-owned facilities, the building emergency plan shall be developed and maintained by the emergency coordinator for the agency owning the building, in collaboration with the California Highway Patrol.

## REVIEW AND UPDATE

Each state agency shall be responsible for the submission of all Departmental facility and/or field office emergency plans to CHP every two years for review.

## AUTOMATIC ELEVATOR RECALL (3-STORY BUILDINGS)

Smoke detectors are located at each elevator bank entry and in the elevator equipment room. Once activated, they will automatically send the elevator car to the first floor. If the smoke detector is activated on the first floor, the elevator car will be sent to the second floor. Only activation of smoke detectors located near elevator banks will recall the elevators. Smoke detectors activated in other areas will not recall the elevators.

## ELEVATOR SMOKE DOORS (3-STORY BUILDINGS)

In addition to the elevator cab doors, smoke doors are provided at laboratory/freight elevators (located near laboratory wings) on all three floors, and at passenger elevators (located near office wings) on all three floors, with the exception of Bldg. F (smoke doors provided on 2nd and 3rd floors only). These smoke doors will automatically close when the fire alarm system is activated. In order to exit out of the elevator, you must push on the door release panel to open the smoke doors.

### ALTERNATE EMERGENCY COORDINATOR

- Serves as principal assistant and replacement to the Coordinator, as necessary.

### UTILITIES OFFICER

- Responsible for the control of Plant Operations during an emergency.

1. Reports to the Command Center in the Main Lobby of Office Building F.

2. Identifies type of emergency.

3. Directs either the Engineering Staff or Maintenance Staff to pinpoint location of the incident causing the emergency. Also directs them to take other action as necessary, including disconnection of utilities.

### RECORDER (POST 4 SECURITY GUARD)

- Records emergency information received and procedures enacted.

- Assists in the Command Center

- As Emergency Team Monitors (Floor, Elevator, etc.) report to the Command Center from their respective floors, records data on Evacuation Control Checklist maintained at the Customer Counter.

### MESSENGER – ASSIGNED AS NEEDED BY EMERGENCY COORDINATOR

- Reports to the Command Center in the event of an emergency

- Delivers written or verbal messages between the Emergency Team personnel

### SECURITY GUARDS

- Upon initiation of the emergency response plan:

1. Post 1 guard remains at Command Center, maintains crowd control, and assists Emergency Coordinator as directed. Records emergency sequence of events and prepares incident reports.

2. Posts 5, 6, 8 and 10 serve as Outdoor Monitors at their exits and receive/record Floor Warden reports.

### FLOOR WARDENS – SEE LIST IN APPENDIX A

- Liaison with the Utilities Officer. Ensure that the Police, Fire Dept., CHP and Emergency Coordinator are informed of emergency situations immediately.

- In the event of an evacuation, initiate evacuation of employees in assigned areas and report status of situation to the Outdoor Monitor or Assembly Area Monitor.

- Direct the emergency team on their floor. Keep roster for the floor current. Notify Emergency Coordinator of changes.

## ASSEMBLY AREA MONITORS – SEE APPENDIX A

- Are stationed at evacuation assembly areas.

- Sign in visitors and employees who cannot locate a supervisor from their Branch at the assembly area.

- Announce the "all clear" as instructed by Command Center.

**Emergency Team Members** are assigned the following equipment for use in emergency situations only:

- ❑ Safety Helmet
- ❑ Reflector Vest
- ❑ Flashlight with two batteries
- ❑ Dust Mask

- ❑ Whistle
- ❑ Protective Eyewear
- ❑ Leather Gloves

# EVACUATION PROCEDURES

## LIFE THREATENING SITUATIONS

If fire alarm sounds, or an evacuation is announced over the Public Address (PA) System, *all occupants must evacuate the building immediately\** according to the following procedures:

A. Occupants must use designated fire exits and stairwells.

B. Do not use elevators unless instructed by fire or police personnel to do so.

C. During evacuation, occupants should walk, grasp handrails, remain calm and follow all emergency instructions.

D. Follow designated evacuation routes. Internal evacuation routes are posted on every floor. External routes and assembly areas are included in this plan (Appendix B). *Note: If you are visiting a building and the alarm sounds, immediately evacuate to the assembly area designated for that building and sign in with the Assembly Area Monitor before proceeding back to your assigned building.*

E. Floor Wardens, Stairwell Monitors, and Outdoor Monitors will be available to direct employees and ensure evacuation procedures are carried out safely. Outdoor Monitors and/or Floor Wardens will report evacuation status to Assembly Area Monitors and will proceed to evacuation assembly area.

F. All employees are to check in with a supervisor at the evacuation assembly area. Visitors are to check in with an Assembly Area Monitor at the evacuation assembly area. Do not leave assembly area before checking in.

G. Information regarding reentry status will be relayed to an Assembly Area Monitor via hand radio. Employees are to wait for instructions from the Assembly Area Monitor before leaving the assembly area.

**\*Note: Doors controlled by card key will always allow exiting from the inside out.**

3. Make decisions regarding release of your Program's personnel and respond to issues concerning time off, labor relations issues, etc. Contact Health & Safety Unit regarding safety issues.

4. Arrange for telephone coverage in case non-essential personnel are sent home.

5. Provide security personnel with a list including the number of Program personnel remaining in the building and their names.

# AFTER HOURS/OVERNIGHT/WEEKEND EMERGENCIES

## Life-Threatening Situations

If evacuation is required (fire alarm or announcement) after normal business hours, follow the same procedures as those indicated on Page 9 of this manual. All employees leave from the nearest exit and evacuate to the appropriate assembly area as follows:

Bldgs. A/E – Evacuate to Assembly Area #1, West Lawn

Bldg. B – Evacuate to Assembly Area #1, West Lawn

Bldg. F – Evacuate to Bldg. F Visitor Parking Lot

Bldgs. C/D/G – Evacuate to Assembly Area #3, East Lawn

Bldgs. H/J/K – Evacuate to Assembly Area #2, North Service Road

Floor Wardens and other monitors are not likely to be available to assist with the evacuation process. Check stairwells for smoke or debris before proceeding down stairs. Security guards on duty will direct the evacuation process.

Once outside, do not re-enter the building until the "All Clear" announcement is given. Should you choose to go home, **be sure to check in with a guard at the front Lobby or assembly area prior to leaving** so that they can record that you safely exited. If returning after the "All Clear" is given, sign in at the security desk before proceeding to your work site, and sign out when you leave for the evening.

## Non-Life Threatening Situations

1. In the event of a situation that has not been resolved by the close of business (5:00 pm), Section Chiefs must notify security of employees authorized to remain in the building. Security Guards (during their regular rounds) will instruct employees not on the list to leave the building.

2. In the case of situations not resolved by the next business day, information regarding building status will be recorded on the main security telephone line, 510-307-8411. An information station operated by FMS personnel or security shall be established in the main lobby of Office Building F so that personnel arriving for work can be appropriately advised of the current status of the emergency, provided direction as received from the Program Managers, or be referred to their managers/supervisors for further directions. **Information may be posted at entry doors after a reasonable amount of time.**

3. In situations occurring after regular business hours, Security Guards will notify emergency contacts as directed on the Emergency Callback Roster for building systems and equipment.

# PERSONAL PREPAREDNESS

In the event of a major emergency such as earthquake or terrorist attack, emergency personnel may not be immediately available. Therefore, it is important to take precautions to sustain yourself until emergency personnel arrive by preparing a personal disaster kit. Personal disaster kits should include your prescription medicine, a 72-hour supply of water, non-perishable food/snacks, copies of important documents (e.g., health insurance card, driver's license, passport) and any other

## MEDICAL REFERRALS

The following medical provider should be used for work-related medical emergencies:

1. **Doctor's Medical Center**
   **2000 Vale Road, San Pablo, CA**
   **Telephone # 510-970-5000**

2. **Kaiser Occupational Health Center**
   **901 Nevin Ave., Bldg. B, 1st Floor**
   **Richmond, CA 94801**
   **Telephone # 510-307-1560**
   (Provides treatment to employees potentially exposed to HIV and other blood-borne pathogens, and worker's compensation cases.)

**NOTE:** Within 24 hours of learning of an injury, the supervisor **MUST** provide the employee (or dependent in case of death) with a claim form (SCIF 3301) on which the employee must describe the circumstances of the injury. This form is required along with the "Employer's Report of Occupational Injury or Illness".

Supervisors **MUST** submit the completed SCIF 3301 and SCIF 3067 to the State Compensation Insurance Fund (SCIF) as soon as possible. Failure to do so may result in civil penalties to the Department of up to $100,000.

## DAMAGE CONTROL

In the event of a major disaster where emergency personnel are not immediately available, the Emergency Coordinator, in consultation with the Chief of Plant Operations and the Health and Safety Unit, shall assess damage and determine if any action is possible to contain the damage prior to the arrival of the police or fire department. This action may include the following items and shall be directed as indicated:

1. Fire, life safety situations: Health and Safety Unit

2. Assessing a hazardous materials release or spill: Health and Safety Unit

3. Disconnection of utilities: Utilities Officer. Utilities are located as follows:

    a. The natural gas main is located at the rear of the Central Plant Building (Bldg. J).

    b. The water main is located just north of the security guard kiosk (near main entry gate).

    c. The main electrical power turn-off switches are located in the Central Plant Building.

4. Controlling access: Security Guards

5. Supervising rescue and first-aid teams: Alternate Emergency Coordinator

6. Erecting barriers: Utilities Officer

## FIRE

Upon discovering fire or smoke, **pull the nearest Manual Fire Alarm.** Pulling the manual alarm automatically activates the audible alarm, everyone evacuates, and **Security is <u>required</u> to call 9-1-1.** If you choose to call 9-1-1 yourself:

1. **DIAL 9 + 9-1-1** and state the following:

❑ Expect aftershocks; beware of falling debris or electrical wires.

❑ Check persons around you for injuries and provide assistance whenever possible.

❑ Do not use telephone unless necessary for emergency assistance.

❑ Emergency personnel will check for gas leaks, electrical shorts and broken water pipes, and will shut off any utility that is causing a safety hazard.

## IF AN EVACUATION IS ORDERED:

❑ Be helpful to those around you.

❑ Evacuate according to procedure, following Emergency Team's instructions.

❑ **DO NOT USE ELEVATORS.**

❑ Proceed to designated assembly area and wait for instructions from emergency personnel.

❑ Remain in the evacuation assembly area until instructed to return to building or to leave the premises.

❑ Listen to radio broadcasts at KCBS, AM 74 (Emergency Broadcast Radio Station), once back in the building or at the assembly area.

## LABORATORY ANIMAL EMERGENCY RESPONSE

*In no case should human life, health, or safety be endangered in an attempt to rescue animals.* Only persons qualified by training and experience (i.e., DHS animal care staff) should participate directly in attempts to rescue or dispose of laboratory animals. Following an earthquake or other event that damages or threatens the structural integrity of the Animal Facility, personnel (including animal care personnel) may not enter the animal quarters until approval is given by emergency personnel on site. Decisions regarding the evaluation and disposition of animals shall be made by the Attending Veterinarian or in consultation with the most senior animal technician available and designated senior laboratory staff.

---

# HAZARDOUS MATERIALS RELEASES AND SPILLS

Hazardous materials are those chemicals or substances which are physical, environmental or health hazards. Substances range from biological and chemical substances (that may be gases, liquids, or solids) to radioactive materials. An **uncontrolled release** is an accidental release of a hazardous substance from its container which, if not stopped, contained and removed, could pose a hazard to occupants. NEVER ATTEMPT TO CONTAIN OR CLEAN UP LARGE AMOUNTS OF SPILLED OR RELEASED CHEMICALS, BIOLOGICAL SUBSTANCES OR RADIOLOGICAL MATERIALS. Employees who work with/around hazardous materials have been trained as spill responders and will make an initial assessment of the spill hazard based on that training.

## In Laboratory Areas:

If a spill is determined to be hazardous, refer to the Laboratory Health and Safety Manual (provided by FMS Health & Safety Unit) and use the following procedures:

---

**In Office Areas:**

In an office building, a hazardous material release could be from a leaky battery, spilled cleaner/solvent, etc. If one of these materials spills or leaks:

1. Contact the Staff Toxicologist, Will Wright, Ph.D., at 307-8415, cell 812-8586.  If you are unable to reach the Toxicologist, please contact the **non-emergency number** for the Richmond Fire Department, **233-5224**.

2. Explain the situation and ask for advice in containing and cleaning up the substance.  A spill kit is located in the Security Office in Building F.

3. If the fire department indicates they will come out to the Campus to assist, contact the Security office and let them know.

4. Send a co-worker to get the spill kit or meet the fire department to guide them to the location of the spill.

5. Restrict access to the spill as directed by the Toxicologist or fire department.

6. Complete an incident report, DHS 2404, and forward to the Staff Toxicologist by the next business day.

# INDUSTRIAL CHEMICAL RELEASE (SHELTER-IN-PLACE)

The Contra Costa County Office of Emergency Services has established three emergency levels for reporting industrial chemical release:

**Level 1**    Spill or release incident usually contained at the incident site, but may create odor detectable off-site. Excess flaring may occur at the site, but fire and smoke are not visible off-site. **Level 1 incidents are not announced, as they are usually contained at the incident site.**

**Level 2**    Defined by: 1) Off-site impact where eye, skin, nose and/or respiratory irritation may be possible; 2) Explosion with noise/pressure wave impact off-site; 3) Fire/smoke/plume (other than steam) visible off-site. Level 2 advisories will be announced over the PA system as appropriate to this location.

**Level 3**    Defined by: 1) Off-site impact that is expected to cause eye, skin, nose and/or respiratory irritation in the community; 2) Explosion with off-site damage; 3) Fire, heat or smoke with off-site impact; 4) Major fire and/or explosion. Level 3 incidents are handled as follows:

Contra Costa County has installed sirens that are located throughout the industrial corridor of the county as part of their Community Warning System (CWS) to notify the community of a potential chemical release. Persons outside will hear a siren, which means that an emergency situation exists or is imminent. **This is called a Level 3, or "shelter-in-place" emergency**.  A shelter-in-place emergency is the most serious, and the sirens will <u>only</u> sound for this type of emergency. The Security Desk and FMS personnel are notified through computer systems installed in the FMS office, and through Contra Costa County's automatic dial-up system. *Note: The CWS safety siren is scheduled for testing on the first Wednesday of every month at 11:00 a.m. If the siren sounds at any other time, you should assume that an emergency exists or is imminent.*

# BOMB THREATS

Employees receiving a bomb threat should immediately notify Security, **307-8409**. Send a messenger to the security desk if the suspected bomb location is in your building, and keep people away from the area. **Do not use cellular phones, two-way radios, or flash photography during a bomb threat, as radio waves from these devices may set off the bomb**. The minimum safe distance from a suspected bomb location is 900 feet.

## BOMB THREATS RECEIVED BY TELEPHONE

If a bomb threat is received by telephone, ask the following questions and record as much information as possible:

## BOMB THREAT TELEPHONE CALLS[1]

DATE:_____

TIME CALL RECEIVED_____

TIME CALL ENDED_____

| ASK | REPORT CALL IMMEDIATELY TO: |
|---|---|
| 1. Where is the bomb now? | _____ |
| 2. When is the bomb going to explode? | _____ |
| 3. What kind of bomb is it? | _____ |
| 4. What does the bomb look like? | _____ |
| 5. Who placed the bomb? | _____ |
| 6. Why was the bomb place there? | _____ |
| 7. Obtain full name and address of informants. | _____ |

| | | | |
|---|---|---|---|
| ❑ Calm | ❑ Laughter | ❑ Angry | **THREAT LANGUAGE** |
| ❑ Excited | ❑ Distinct | ❑ Crying | |
| ❑ Slow | ❑ Slurred | ❑ Deep | ❑ Well Spoken (Educated)  ❑ Incoherent |
| ❑ Rapid | ❑ Nasal | ❑ Ragged | ❑ Foul  ❑ Taped |
| ❑ Soft | ❑ Stutter | ❑ Clearing Throat | ❑ Irrational  ❑ Message read |
| ❑ Loud | ❑ Lisp | ❑ Deep Breathing | ❑ Foreign Language  ❑ by caller |
| ❑ Normal | ❑ Raspy | ❑ Cracking Voice | |
| ❑ Accent | ❑ Disguised | ❑ Familiar | **BACKGROUND SOUNDS** |

If voice is familiar, whom did it sound like?

_____

Exact Words of Person Placing the Call/Remarks:

_____
_____
_____

Sex: Male_____      Female_____
Approximate age:_____

**BACKGROUND SOUNDS**

| | | | |
|---|---|---|---|
| ❑ Street Noises | ❑ Air Traffic Noises |
| ❑ Television | ❑ Factory Noises |
| ❑ Voices | ❑ Animal Noises |
| ❑ PA System | ❑ Clear |
| ❑ Music | ❑ Static |
| ❑ House Noises | ❑ Local |
| ❑ Motor Noises | ❑ Long Distance |
| ❑ Office Machinery | ❑ Telephone Booth |
| ❑ Traffic Noises | ❑ Other |

---

[1] From CHP Form 34 (Rev 12/94)

✓ Other peculiar characteristics (e.g., foreign postage, excessive postage, handwritten or poorly-typed addresses, incorrect titles, misspelled words, oily stains or discolorations, protruding wires or tinfoil, masking tape, etc.).

## IF A SUSPICIOUS OBJECT IS FOUND:

1. Do not touch, move or disturb the object in any manner.
2. Attempt to locate a possible owner in the immediate vicinity.
3. If unable to locate the owner, notify Security at 307-8409.
4. The CHP/State Fire Marshal's Bomb Squad will evaluate the situation and dispose of any suspicious objects.

---

# HOSTAGE

## IF A HOSTAGE INCIDENT DEVELOPS

1. **DO NOT PANIC** – cooperate as necessary.

2. Attempt to quietly escape **WITHOUT** taking any risks.

3. Move away from the area and **DIAL 9+ 9-1-1** and report the following:

    a) There is a possible hostage incident:

    b) My address is 850 Marina Bay Parkway, Richmond, located at Marina Bay Parkway and I-580. I am in Building _____ on the _____Floor, Room #_____.

    c) Give number of suspects and description:_____

    d) Give description of weapons:_____

    e) Give number of employees held:_____

    f) My name and call-back number is:_____

4. Notify Security.

5. People involved or those closest to the incident should proceed to Security and provide further information to aid police.

6. Nearby offices should be evacuated if safe to do so and all other employees should move quietly out of the area.

7. Notify Security of any evacuations or changes.

8. The Emergency Coordinator will coordinate building evacuation.

---

Revised 10/27/2006

3. Security will meet Police in Main Lobby of Office Building F and direct them.

## WEAPONS

### IF A PERSON APPEARS WITH A WEAPON:

1. If possible, protect yourself, seek cover, or leave the room.

2. **DIAL 9 + 9-1-1** and state the following:

   a) There is a person with a weapon.

   b) My address is 850 Marina Bay Parkway, Richmond, located at Marina Bay Parkway and I-580. I am in Building _____ on the _____ Floor, Room Number _____.

   c) Give description of person and weapon:

   d) Give call-back telephone number and your name:

   e) Keep the Police advised of subject's movements.

3. Warn others in the immediate vicinity.

4. Close and lock doors and alert others to do the same. Stay in protected office areas.

5. Notify Security.

## CIVIL DISTURBANCE OR DEMONSTRATION

Most building demonstrations will be peaceful and everyone should attempt to carry on business as normally as possible:

1. Avoid provoking or obstructing the demonstrators. Report disturbances to the Emergency Coordinator or Security (after hours).

2. Emergency Coordinator will evaluate the situation and determine what needs to be done. Employees should lock all doors and windows and await further instruction.

3. If necessary, the Emergency Coordinator will cease operations.

4. If the Emergency Coordinator orders an evacuation, follow Evacuation Procedures.

# CRIME AND PROPERTY LOSS

Report crimes and/or property losses to Security, 307-8411. After filling out an incident report, Security will contact the CHP. If you are the victim of a crime, you have the option of filing a report with the CHP. The CHP is responsible for all follow up on your investigation.

## CRIME DISCOVERY OR CRIMES IN PROGRESS

1. If you witness a crime in progress or discover a crime scene, note vital information and report it immediately.

2. To assist responding unit(s), provide the following:

   a) Describe criminal activity.

   b) If suspects are seen, give:

   Race: _____      Sex: _____

   Age: _____       Height: _____

   Hair: _____      Eyes: _____

   Clothing: _____  Weapons: _____

   Vehicle: _____   Direction of travel: _____

   c) Property loss:

   Location (Street, City, Zip Code) _____

   Vehicles (Year, Make, VIN)_____

   Property (Description, Serial, or ID Nos.)_____

   Total Value Lost - $_____

## 3. Important Reminders:

   a) Do not disturb the crime scene.
   b) Note other possible witnesses.
   c) Record information in writing rather than relying on your memory.

Emergency Preparedness Program and Crime Prevention Program Coordinators are available to provide assistance and training throughout the state. See State Administrative Manual (SAM), Section 2660 –2677.

Contact the Facilities Manager for further information.

# APPENDICES

**APPENDIX A:   EMERGENCY PERSONNEL ASSIGNMENTS**

**APPENDIX B:   SITE EVACUATION ROUTES AND ASSEMBLY AREAS**

## LABORATORY A/CORE E/OFFICE E (Cont.)

### SECOND FLOOR

| POSITION/PROGRAM | AREAS COVERED | PRIMARY | ALTERNATE |
|---|---|---|---|
| Floor Warden/MDL | Laboratory A - All Corridors | Alejandrina Fernandez | Claudia Crandall |
| Floor Warden/VRDL | Office E North/Core E (includes restrooms and break rooms) | Karen Anderson | Richard Donovan |
| Floor Warden/VRDL | Office E South | (To be assigned) | (To be assigned) |
| Stairwell Monitor/MDL | Stairwell A1 | Homayon Azizi | Jim Ware |
| Stairwell Monitor/MDL | Stairwell E1 | Herschel Kirk | Frank Ni |
| Stairwell Monitor/VRDL | Stairwell E2 | Daniel Arnold | Okumu K'Aluoch |
| Stairwell Monitor/MDL | Stairwell E 3 | Rita Brenden | Will Probert |

### THIRD FLOOR

| POSITION/PROGRAM | AREAS COVERED | PRIMARY | ALTERNATE |
|---|---|---|---|
| Floor Warden/MDL/ IBTPP | Laboratory A - North Corridor | Jason Barash | |
| | Laboratory A – South Corridor | Cynthia Sanders | Francine Arroyo |
| Floor Warden/VRDL | Office E North/Core E (includes restrooms and break rooms) | Elizabeth Baylis | Ray Sante |
| Floor Warden/VRDL | Office E South | (To be assigned) | (To be assigned) |
| Stairwell Monitor/MDL | Stairwell A1 | Jane Wenger | Lourdes Seli |
| Stairwell Monitor/MDL | Stairwell E1 | Grace Lin | Gloria Gonzales |
| Stairwell Monitor/VRDL | Stairwell E2 | Nancy Dassonville | Ray Sante |
| Stairwell Monitor/MDL/ IBTPP | Stairwell E3 | Ed Desmond | (To be named) |

## LABORATORY B/CORE F/OFFICE F (Cont.)

### THIRD FLOOR

| ATION/PROGRAM | AREAS COVERED | PRIMARY | ALTERNATE |
|---|---|---|---|
| Floor Warden/VRDL | Laboratory B - All Corridors | Christopher Preas | Elaine Yeh |
| Floor Warden/GDB | Office F North/Core F (includes restrooms and break rooms) | Sara Goldman | Kathleen Velazquez |
| Floor Warden/GDB | Office F South | Bob Currier | LaNetra Johnson |
| Stairwell Monitor/VRDL | Stairwell E1 | Leonard Hooper | Brandon Brown |
| Stairwell Monitor/VRDL | Stairwell F1 | Natasha Huntziker | Chao Pan |
| Stairwell Monitor/GDB | Stairwell F2 | Shelly Lessing | Sharon Jackson |
| Stairwell Monitor/GDB | Stairwell F3 | James House | Martha Davis |

## LABORATORY C/CORE G/OFFICE G

### FIRST FLOOR

| POSITION/PROGRAM | AREAS COVERED | PRIMARY | ALTERNATE |
|---|---|---|---|
| Floor Warden | Laboratory C | To be cleared by Fire Dept. if real emergency exists in this area | |
| Floor Warden/FMS | Conference rooms, Cafeteria, Auditorium, Restrms, Library | Dennis Tavares | TBA |
| Floor Warden/VBDS/EMB | Office G North/Core G (includes restrooms, break rooms and Main Lobby) | Tina Albrecht | Marc Commandatore |
| Floor Warden/GDL/SRL | Office G South | Thomson Ho | Donald Wijekoon |
| Outdoor Monitor | Core F North exit (from Stairwell F1) | Bill Draper | Tina Parangalan |
| Outdoor Monitor/SRL | Core G North exit (from Stairwell G1) | Ajit Bhandal | Helen Chow |
| Outdoor Monitor/Security | Office G Lobby exit | Post 6 Security Guard | Security Guard as assigned |
| Outdoor Monitor/FMS | Bldg. C South exits (from Cafeteria/Library corridor) | Margaret Martin | Rick Hernandez |

Revised 10/27/2006

awkward and sluggish pachiderms as ... Nobody can
calculate **how much** money our psychic attack cost
Mondadori in ...
www.lutherblissett.net/archive/149_en.html -
Cached - Similar

### Hotel Of The Week: Three Camel Lodge, Mongolia - Asia, Travel ...

Sep 24, 2006 ... Across the country Mongolians
**have** successfully adapted for tourism ... in 2003 it
has run almost solely on wind and **solar power**. ...
The wood-frame beds are wide and seem soothingly
**plush** after a ... And a four-hour drive west will **take**
you to the 300m-high and ... 'Erotic Review' goes for
**cybersex** ...
www.independent.co.uk › Travel › Asia -
Cached - Similar

### WHIMSICAL WITS - Jokes

Jun 7, 2006 ... The guy leered at the babe at the
yacht-**club**, "Hey, baby, ... milk the cows and he's
telling her to get **stuffed**, it's raining. ... By then
you've built up so **much** speed, you HIT 70. .... Do
you **have** any scissors? Sweetheart: I **take** your
hand and kiss it softly. .... Tell me, what **does** my tip
say?" ...
www.whimsical-wits.com/jokes.htm - Cached - Similar

### Relatively Speaking columns « Mish Mash with Tanya Enberg

You know you're a member of the **club** if a) When
you're wearing white, there's a 95% ... Is it engaging
in **cyber-sex**? Receiving an erotic massage? .....
"You will probably never really understand just **how**
**much** I love and appreciate ... The Noticer Project
may simply be about moving our **energy** away from
the grumbling ...
blogs.canoe.ca/tanya/category/relatively-speaking-
columns/.../2/ - Cached

### Developing mobile VoIP: or why I hate all the mobile industry

Feb 5, 2008 ... Yet callback based VoIP functionality
was not used **much**, ... publicly available (means you
will **have** to pay to Nokia to get some libs and docs)
..., DLL, the system very library which **does** all the
GUI framework initialization for DLL applications. ...
How long† will it **take** to cease its domination ? ...
www.gtalk2voip.com/why-i-hate-mobile-industry.html -
Cached - Similar

### The 2010 Sex Issue

Apr 22, 2010 ... "I'm pretty **much** okay with my future
wife having had sex before -- I mean, .... No
bestiality, but I would seriously like to **take** down a
great white .... Phil and Claire **have** two children,
both bouncy balls of inexhaustible **energy**, ... So
while squirming in the **plush** seats of the restaurant's
bar, ..."
issuu.com/harvardindependent
/docs/04.22.10_sex_issue - Cached

CONTRA COSTA SUPERIOR COURT - RICHMOND
Register of Actions

7/01/10                                                           Page:     1

Case Number : RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS          Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT
=================================================================

Complaint Type : 1st Amended CLAIM OF PLTF        Filed :    5/12/10
Disposition ...: JUDGMENT                        Amended :    6/04/10
Date .........: 6/28/10

SC PLAINTIFF(s):                     | SC DEFENDANT(s):

BURGUNDY  CHAFFON                    | AAA MOBILE TECH JONAH
                                     | MANTRANAGA
ATTORNEY:                            | ATTORNEY:
Pro/Per                              | Pro/Per
                                     |
                                     | HUGH  MOCK
                                     | AAA MOBILE TECH
                                     | ANA: HUEY  MACH
                                     | ATTORNEY:
                                     | Pro/Per

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Complaint Type : CLM OF DEFT                       Filed :    6/21/10
Disposition ...: JUDGMENT
Date .........: 6/28/10

DEF-COUNTER CMT(s):                  | SC PLTF-CD(s):

HUGH  MOCK                           | BURGUNDY  CHAFFON
AAA MOBILE TECH                      |
ATTORNEY:                            | ATTORNEY:
Pro/Per                              | Pro/Per

Action
Date     Description                                    Disposition
------   -----------                                    -----------
5/12/10  PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED
         (CLAIM GREATER THAN $5,000.00, UP TO $7,500.00
         BY NATURAL PERSONS ONLY)
         ------------------------------------
         AMOUNT OF CLAIM $7,500.00
         ------------------------------------
         CASE ENTRY COMPLETED
         ------------------------------------
         COLOR OF FILE IS PINK
         ------------------------------------
         DECLARATION OF NON-MILITARY STATUS FILED
         ------------------------------------
         CLAIM AND ORDER TO PLAINTIFF FOR PERSONAL SERVICE (-)

7/01/10

CONTRA COSTA SUPERIOR COURT - RICHMOND
Register of Actions

Page: 2

---

Case Number : RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS          Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT

===================================================================================

Small Claims Court Trial was set for 6/28/10 at
13:30 in Dept. 56

---

REQUEST TO WAIVE COURT FEES FILED BY BURGUNDY
CHAFFON (CONFIDENTIAL)

---

ORDER ON COURT FEE WAIVER AS TO BURGUNDY CHAFFON
IS Granted

Granted

---

5/24/10   COPIES
          Receipt: 100524-0009          $1.00

---

6/04/10   (S.C.) 1st Amended CLAIM OF PLTF of CHAFFON FILED
          (AMENDING CONTENT WITHOUT ALTERING ORIGINAL
          FILING FEE)

---

Update Party 1st Amended CLAIM OF PLTF of CHAFFON

---

6/07/10   RECEIVED PROOF OF SERVICE OF SMALL CLAIMS
          SUBPOENA  THAT WAS NOT ISSUED BY THE CLERK'S
          OFFICE

---

6/08/10   RECEIVED CORRESPONDENCE FROM PLAINTIFF. PLACED IN
          FILE.

---

6/14/10   RECEIVED 4 PROOFS OF SERVICE FROM SMALL CLAIMS
          SUB POENAS NOT ISSUED BY THE CLERK'S OFFICE.

---

6/21/10   REQUEST TO WAIVE COURT FEES FILED BY HUGH MOCK
          AAA MOBILE TECH; ANA:HUEY MACH (CONFIDENTIAL)

---

ORDER ON COURT FEE WAIVER AS TO HUGH MOCK AAA
MOBILE TECH; ANA:HUEY MACH IS Granted

Granted

---

1st Amended CLAIM OF PLTF of CHAFFON HUGH MOCK
AAA MOBILE TECH; ANA:HUEY MACH HUEY MACH ADDED AS
AN INDIVIDUAL

---

CLAIM OF DEFENDANT FILED BY HUGH MOCK AAA MOBILE
TECH; ANA:HUEY MACH (CLAIM GREATER THAN
$1,500.00, UP TO $5,000.00)

---

AMOUNT OF CLAIM $4,760.00

---

6/23/10   SUBSTITUTE PROOF OF SERVICE ON 1st Amended CLAIM
          OF PLTF of CHAFFON AS TO AAA MOBILE TECH JONAH
          MANTRANAGA FILED, DATE OF MAILING 06/02/10. FEE

7/01/10

CONTRA COSTA SUPERIOR COURT - RICHMOND
Register of Actions
Page: 3

----------

Case Number : RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS          Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT
================================================================

FOR SERVICE $73.00
-----------------------

6/25/10    S/C SUBPOENA W/POS RCVD FROM PLTF PLACED IN FILE
           -----------------------
           PROOF OF SERVICE BY CERTIFIED MAIL ON CLM OF DEFT -
           of MOCK AS TO DEFENDANT BURGUNDY CHAFFON, WITH
           SERVICE DATE OF 06/24/10 FILED.
           -----------------------

6/28/10    SMALL CLAIMS COURT TRIAL
           Dept.: 56     Time :  1:30
           CAUSE CALLED FOR TRIAL BEFORE TEMPORARY JUDGE
           LORRAINE M. WALSH
           Clerk: V MEDINA
           ELECTRONIC RECORDING START TIME: 3:28PM
           PLAINTIFF (S) APPEARING: BURGUNDY CHAFFON
           DEFENDANT(S) APPEARING: HUGH MOCK AAA MOBILE
           TECH; ANA; HUEY MACH
           HUEY MACK APPEARS FOR AAA MOBILE TECH
           PARTIES ARE SWORN AND EXAMINED
           APPEARING FOR KAISER HOSPITAL AS CUSTODIAN OF
           RECORD AS SOME RECORDS/HEALTH MENTAL HEALTH
           BEHAVIORAL HEALTH WERE SUBPEONAED.
           Small Claims Action Disposition.
           JUDGMENT ORDERED (CONTESTED TRIAL)
           ACTION DISPOSTION - JUDGMENT ORDERED
           -----------------------
           AUTH TO APPEAR FOR AAA MOBILE TECH SUPPORT-HUEY
           MA K IS FILED
           -----------------------
           SMALL CLAIMS JUDGMENT ENTERED ON 06/28/10
           Small Claims SAD After Hearing - Entry of Jgmt. -
           contested.
           CASE STATUS CHANGED TO JUDGMENT
           JUDGMENT ON 1st Amended CLAIM OF PLTF of CHAFFON
           DEFENDANT(S) APPEARING: AAA MOBILE TECH JONAH
           MANTRANAGA, HUGH MOCK AAA MOBILE TECH; ANA:HUEY
           MACH
           DEFENDANT(S)  AAA MOBILE TECH JONAH MANTRANAGA,
           HUGH MOCK AAA MOBILE TECH; ANA:HUEY MACH DOES NOT
           OWE ANY MONEY ON THE PLAINTIFF S CLAIM.
           1st Amended CLAIM OF PLTF of CHAFFON DISPOSITIONED
           JUDGMENT ON CLM OF DEFT of MOCK
           PLAINTIFF DOES NOT OWE DEFENDANT ANY MONEY ON THE
           DEFENDANT S CLAIM.
           CLM OF DEFT of MOCK DISPOSITIONED
           -----------------------
           STIPULATION TO/FOR SIGNED BY PARTIES AS TO TEMP
           JUDGE; L WALSH FILED

CONTRA COSTA SUPERIOR COURT - RICHMOND

7/01/10    Register of Actions    Page:    4

-------------------------------------------------------------
Case Number :    RSC10-0352
Case Name ..: CHAFFON VS AAA MOBILE TECH
Case Type ..: SMALL CLAIMS    Case Status : Judgment Entered
Category ...: SMALL CLAIMS - >$5K, UP TO $7.5K
Jurisdiction: RICHMOND SUPERIOR COURT
=============================================================

**** END OF CASE PRINT ****

@ 9:36am

6/29/10

I fired Kaiser for misrepresenting my character as a Huey mach mental patient.

imagine how a cellular phone feels when it stays against your ear for a long period of time logically it burns the face so that is what im experien

611 Folsom St
San Francisco
CA
94107

415-920-9247
my x filea case Dr. Damian Jones - Cassell

The Book
Brave new world
aldous hux ley - world of human androids son - bullica
Amy Lee Anderson
My fired kaiser for giving me a bad malpractice report
my Doctors are Dr. ann manahamy
Dr. Damian Cassell - Jones. men

## SC-120    Defendant's Claim and ORDER to Go to Small Claims Court

### Notice to the person being sued:

- You are being sued by the person you are suing.
- You must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached, to understand the claim against you and to protect your rights.

### Aviso al demandado:

- La persona que ha demandado lo está demandando a usted.
- Tiene que presentarse a la corte en la fecha de su juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte puede ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas, para entender la demanda en su contra y para proteger sus derechos.



*Clerk stamps date here when form is filed.*

2010 JUN 21   1:00

*Fill in court name and street address:*

**Superior Court of California, County of**

SUPERIOR COURT
100 - 37TH STREET
RICHMOND, CA 94805

*Fill in case number and case name:*

**Case Number:**
RCC10 - 0352

**Case Name:**

---

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | → Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 6/28/2010 | 1:30pm | 56 | SUPERIOR COURT |
| | 2. | | | 100 - 37TH STREET |
| | | | | RICHMOND, CA 94805 |

JUN 21 2010

Date: _____    Clerk, by _____ **K. ESPIRITU** _____, Deputy

---

### Instructions for the person suing:

- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*

- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18—not you or anyone else listed in this case—give each Plaintiff a court-stamped copy of all 3 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Defendant's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**

**SC-120, Page 1 of 3** →

*Illumiunanties*

*MonziaSpy*

Defendant *(list names):*

**Case Number:** RSC10-0352

---

**(1) The Plaintiff (the person, business, or public entity that sued first) is:**

Name: Burgundy Chafton     Phone: (415) 424-7768

Street address: 4252 29th ST Richmond   CA   94804
    *Street*       *City*    *State*    *Zip*

Mailing address *(if different):* Same
    *Street*       *City*    *State*    *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name:     Phone: ( )

Street address:
    *Street*       *City*    *State*    *Zip*

Mailing address *(if different):*
    *Street*       *City*    *State*    *Zip*

☐ Check here if more than 2 Plaintiffs and attach Form SC-120A.

☐ Check here if any Plaintiff is on active military duty and write his or her name here: _____

**(2) The Defendant (the person, business, or public entity suing now) is:**

Name: Huey Mach     Phone: (510) 534-2222

Street address: 4096 Piedmont Ave #372 Piedmont, CA 94611
    *Street*       *City*    *State*    *Zip*

Mailing address *(if different):*   *this is a subliminal*
    *Street*       *City*    *State*    *Zip*

**If more than one Defendant, list next Defendant here:** *bidding*

Name:   *tactic*     Phone: ( )

Street address:
    *Street*       *City*    *State*    *Zip*

Mailing address *(if different):* *Gnome illuminulties*
    *Street*       *City*    *State*    *Zip*
*plus club Huah martrana*

☐ Check here if more than 2 Defendants and attach Form SC-120A.

☐ Check here if either Defendant listed above is doing business under a fictitious name. If so, attach Form SC-103.

**(3) The Defendant claims the Plaintiff owes $** _____ **. (Explain below):**

a. Why does the Plaintiff owe the Defendant money? $4000⁰⁰ for defruction of character and $95 X 8 hours = 4760 ⁰⁰

b. When did this happen? *(Date):* _____

If no specific date, give the time period: *Date started:* _____ *Through:* _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
$95 X 8 hours 4 hours in court and 4 hours out of court

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-120, Item 3" at the top. *This address does not match court records on file.*

Revised July 1, 2007     **Defendant's Claim and ORDER to Go to Small Claims Court** (Small Claims)     SC-120, Page 2 of 3 →

*This is called a delusional world for victim from Dr. Martrana*

| | Case Number: |
|---|---|

Defendant *(list names):* _____

**(4)** **You may ask the Plaintiff (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☐ Yes ☒ No

**(5)** **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(6)** **Are you suing a public entity?** ☐ Yes ☒ No
*If yes, you must file a written claim with the public entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(7)** **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No   *If yes, the filing fee for this case will be higher.*

**(8)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(9)** If I do not have enough money to pay for filing fees or service, I can ask the court to waive those fees.

**(10)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 6/21   Huey Mach   ▶ Huey Mach
*Defendant types or prints name here*   *Defendant signs here*

Date: _____   ▶
*Second Defendant types or prints name here*   *Second Defendant signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410).  (Civil Code, § 54.8.)

**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to "County-Specific Court Information" at:
*www.courtinfo.ca.gov/selfhelp/smallclaims*

**Defendant's Claim and ORDER to Go to
Small Claims Court
(Small Claims)**

These people Gnome Brain
stem hackers blocks my mind
through Solar Brain Hacking
By Satelite of austin Plush
club Jonah Mantranaga as
a ally spy for Russia
China portugal and
Europe. They wish to
rule the world by computerize
government Bar codes of
USA Citizens govt. profile and
Identity. They are trying to kill
me in a Sophisticated way by
computer Scanning my human
Brain the placed a chip into
my uterus 8 years ago at the
Richmond health clinic in Richmond CA
94804.
with this RichiNet
hate crime using
Rosie the Riveter lyrics

They are attacking me by computer x-II @9am

Sign Burgundy Crafton

cyber killers
packs
Red Hot

GPS Null Pointer

1/1/10

9pm

he's
attacking

NOW
BURNING

he's attacking my
brain right
with electric
veteran
burning

from cellular Brain hacking

I want all my govt. records
be transfered to the Set
trial. These people Gnome/
Jonah man tranaga of austin
Texas PlushClub.com has
Taken over the tele communi-
cation he Blocks me from
getting to the actual goverment
services and agencies el spoke
yesterday with his FBI ally
he sent me away that's
how much power of cyber
forces as a X-file
cyber criminal
he practices Law enforcement
and he's a Brain Surgeon
chemist he's from
Portugal he came
into this country to take
over the world
BY computer metkoid Android.